# EXHIBIT 1

EXHIBIT 1 - PAGE 59

# MINUTES

## Area 2 Community Meeting

*July 27, 2023 6:30 PM | Heritage Intermediate School* Area Commander Lt. Matt Kraut

### In Attendance

Lt. Matt Kraut, Landscape Technician Raul Esparza, Traffic Engineering Dave Teater, Engineering Shawn Matejcek, Community Policing Technician Amber Smith, Code Compliance Inspector Cynthia Gil, Code Compliance Supervisor Jason Barber, Community Services Celeste Sanchez, Traffic Engineering Ruben Hovanesian, Officer Diaz, Councilmember Cothran, Mayor Warren and Chief Michael Dorsey

### Lt. Matt Kraut

- Welcomed everyone to the Area 2 Community Meeting.
- Had all of city staff introduce themselves.
- He has been in Law Enforcement for 24 years and spent 6 years in Arcadia before coming to the Fontana Police Department.
- He has been assigned to many units and assignments within the police department.
- The city is broken up into four areas. This area is Area 2 which encompasses everything from the 210 freeway to Foothill Blvd east and west of the city. There is also a little pocket just south of Foothill that belongs to Area 2.
- The Area Commander program was created for the ongoing, quality of life problems. When you have an emergency, please call dispatch to have an officer get out there immediately, however if it is an on-going problem then you contact Lt. Kraut.
- We try to do our best to solve the problems with the resources we have.
- There is lots of information you can find on the city's website. www.fontanaca.gov.
- He doesn't work everyday, so email might be the best way to contact him. If you need to contact the Area Commander his email is mkraut@fontanaca.gov.

### Chief Michael Dorsey

- Advised he is the new Police Chief.
- He has been in law enforcement for over 27 years and recently was promoted to Police Chief approximately 3 months ago.
- He has been assigned to several units within the department and it has been a while since he has been to one of the community meetings so he wanted to come out and see what the community's concerns are.

### Questions

- **Has the number of officers per citizen increased?** The problem we are currently having is filling vacancies. We currently have 20 officer positions open. It is a lengthy hiring process, so even though we have more officer numbers on the books we are still trying to hire the right people for the job.
- **How many patrol units do we have in the area?** It depends on the night and the teams that are working. We have a minimum of 3 to 4 patrol officers in the area, however, we also have special assignment officers

EXHIBIT 1 - PAGE 60

who might be working in the area. If for any reason we need more officers for a particular call, officers from Area 1 and 3 will come into Area 2 to assist.
- **What are the boundaries for Area 2?** 210 freeway to Foothill from end to end and there is also a small pocket south of Foothill that is considered Area 2.
- **There is a problem with homeless just north of the Wells Fargo just north of the park. Another resident advised they live at Citrus and Walnut and there are homeless there as well.** Lt. Kraut advised we are doing our best to get the resources out to those who want them. The problem is the laws have changed in California which changed the way our officers handle those types of calls. Chief Dorsey advised it is really tough to deal with the homeless problem however they city is doing a lot to help. Mayor Warren advised we are doing what we can to obtain funding. We are one step closer to getting a shelter. We have committed over 15 officers to deal with the homeless. Sacramento allowed to say they have rights too, they fought for them so we are unable to take their stuff. They are starting to hide in the riverbeds, some are coming from LA and they are getting more violent. The state just passed Laura's law so we are working on getting mental health resources and funding. Water of Life has been a huge help with City Link and the homeless population. We currently have 14 houses we just opened up to help as residential shelters. We are working hard because we have too many families living out of their car. Chief Dorsey advised when he looked at our calls for service we have over 800 calls for service to deal with homelessness. It has impacted our PD. We are currently looking into doubling our MET unit, which is the unit who take the majority of the Homeless calls.
- **What is the MET team comprised of?** The MET team is made up of officers, social workers, probation officers, paramedics and behavioral health workers. The officers also work with SWAG who help with general stuff like obtaining a copy of their birth certificate so they can get identification.
- **Advised she works for a FUSD middle school and they have had students rushed to the hospital for ingesting things like fentanyl. It is becoming a big issue.**
- **Illegal fireworks are no longer just an issue around the 4th of July it is becoming a year around thing.** Fireworks are difficult to enforce. Our officers can't take enforcement action unless they see the person actually light the firework. Chief Dorsey advised on July 4th we deployed 71 officers, all from our special teams to work . We had hundreds of fireworks calls and we wrote 22 citation and along with that we also had several fire calls which were caused by fireworks.
- **How much as 311 reporting helped?** There is a learning curve but it has helped us to chart and target hot areas.
- **There is problem with the traffic signals over the 210 at Citrus. The lights don't sync up.** Traffic Engineer Dave Teater advised there are two issues with that location. First the on-ramp signals are too close to one another, and second Cal Trans maintains the signals going on to the freeway and they refuse to coordinate with us so we have to try our best to coordinate with them. We have a plan to add one lane to the northbound lanes which will serve as a right turn only lane to get onto the freeway eastbound however that plan is still several years out from getting started. Dave Teater also advised he will review the time restriction.
- **There has been an increase of semi trucks around Citrus and 210 going towards Baseline.** The increase truck traffic is due to construction, the city will be adding more truck restriction signs.
- **People are doing donuts in her area which is near Almeria Middle School.** Officer Diaz advised the traffic unit has been working hard doing street racing details throughout the city. We encourage you to call our dispatch when you see any takeovers.
- **Does the PD get a lot of calls for donuts within the Heritage Area?** Officer Diaz advised it has slowed down considerably.
- **What is the legality of adding cameras to your property that point out to the street.** It is legal as long as you are not getting your neighbors property.

- **Tried to report illegal dumping on a street however the new 311 system required her to put an actual address to the violation, the old system use to allow residents to put a dot on the map and it could have been on the street but this new system requires an actual address, which isn't always accurate.** The 311 system is fairly new. We will share your thoughts with our IT Department so they can make adjustments to the system.
- **When the city removes trees for one reason or another are they going to replace them?** In some cases trees will be replaced, in some cases they won't it just depends on the situation. If you have specific concerns, you can contact Public Works to find out if a certain tree will be replaced.
- **At Baseline and Las Palmas landscaping was taken out.** Raul Esparza with Public Works advised that landscaping will be replaced. Mayor Warren advised we are going to have some problems with the Landscape maintenance because most of the LMDs are underwater. We are currently looking at options because water rates increased, and service fees have increased however the fees to the residents haven't.
- **Do we have a leash law?** Yes we do have one. We will have to get the answer for specifics from Animal Services.
- **When the guys are cutting the lawn throughout Heritage they don't get off the lawn mower and they run over the sprinklers, they should change their process and have the edger go first so they can make sure the sprinklers are down before they mow over them.** Raul with Public Works advised if they are running the sprinklers over and breaking them they should be replacing them.
- **Are there any plans for a dog park in Heritage?** Councilmember Cothran advised there is a dog park in Heritage currently on the northside.
- **Street vendors are blowing up on the weekends.** Most of the street vendors are unpermitted, Cynthia Gil with Code Compliance advised we do street vendor details 3 times a week. We are throwing away their items, but they keep coming back. Jason with Code Compliance advised he has been here for 2 weeks, and we have been confiscating all their food but we have repeat offenders, the county is having the same issue. We try to educate them and push them along but they keep coming back. We are aware of the issue.
- **What is going in at Baseline and Cherry the green wall?** Councilmember Cothran advised the green wall is for our gas lines they gas company is reinforcing our gas lines in that area.
- **Are we building anything in the empty field?** Councilmember Cothran advised that area is zoned for mixed use, there will be a 1,000,000 sq ft industrial building along with residential housing.

Next Meeting

November 16th @ 6:30 PM at **North Tamarind Elementary School (7961 Tamarind Avenue)**