# EXHIBIT 2

EXHIBIT 2 - PAGE 61

## CITY OF FONTANA
## PROFESSIONAL SERVICES AGREEMENT
## BS-24-05-SP-1

This Agreement is made and entered into as of **November 14, 2023** by and between the City of Fontana, a public agency organized and operating under the laws of the State of California with its principal place of business at 8353 Sierra Avenue, Fontana, California 92335 ("City"), and **4LEAF Inc.,** a corporation with its principal place of business at 2126 Rheem Driver, Pleasanton California 94588 (hereinafter referred to as "Consultant"). City and Consultant are sometimes individually referred to as "Party" and collectively as "Parties" in this Agreement.

## RECITALS

A.      City is a public agency of the State of California and is in need of professional services for the following project:

**Code Compliance Inspection Services** (hereinafter referred to as "the Project").

B.      Consultant is duly licensed and has the necessary qualifications to provide such services.

C.      The Parties desire by this Agreement to establish the terms for City to retain Consultant to provide the services described herein.

## AGREEMENT

## NOW, THEREFORE, IT IS AGREED AS FOLLOWS:

1.      <u>Services</u>.

Consultant shall provide the City with the services described in the Scope of Services attached hereto as Exhibit "A."

2.      <u>Compensation</u>.

a.      Subject to paragraph 2(b) below, the City shall pay for such services in accordance with the Schedule of Charges set forth in Exhibit "B."

b.      In no event shall the total amount paid for services rendered by Consultant under this Agreement **not to exceed the sum of $644,496.** This amount is to cover all printing and related costs, and the City will <u>not</u> pay any additional fees for printing expenses. Periodic payments shall be made within 30 days of receipt of an invoice which includes a detailed description of the work performed. Payments to Consultant for work performed will be made on a monthly billing basis.

3.      <u>Additional Work</u>.

If changes in the work seem merited by Consultant or the City, and informal consultations with the other party indicate that a change is warranted, it shall be processed in the following manner: a letter outlining the changes shall be forwarded to the City by Consultant with a statement of estimated changes in fee or time schedule. An amendment to this Agreement shall be prepared by the City and executed by both Parties before performance of such services, or

16498.00150\32126437.1

EXHIBIT 2 - PAGE 62

the City will not be required to pay for the changes in the scope of work. Such amendment shall not render ineffective or invalidate unaffected portions of this Agreement.

4.     Maintenance of Records.

Books, documents, papers, accounting records, and other evidence pertaining to costs incurred shall be maintained by Consultant and made available at all reasonable times during the contract period and for four (4) years from the date of final payment under the contract for inspection by City.

5.     Term of Performance

The term of this Agreement shall be from **November 14, 2023** to **May 14, 2024**, unless earlier terminated as provided herein. The Parties may, by mutual, written consent, extend the term of this Agreement if necessary to complete the Project. Consultant shall perform its services in a prompt and timely manner within the erm of this Agreement and shall commence performance upon receipt of written notice from the City to proceed ("Notice to Proceed"). The Notice to Proceed shall set forth the date of commencement of work.

6.     Delays in Performance.

a.     Neither City nor Consultant shall be considered in default of this Agreement for delays in performance caused by circumstances beyond the reasonable control of the non-performing party. For purposes of this Agreement, such circumstances include but are not limited to, abnormal weather conditions; floods; earthquakes; fire; epidemics; war; riots and other civil disturbances; strikes, lockouts, work slowdowns, and other labor disturbances; sabotage or judicial restraint.

b.     Should such circumstances occur, the non-performing party shall, within a reasonable time of being prevented from performing, give written notice to the other party describing the circumstances preventing continued performance and the efforts being made to resume performance of this Agreement.

7.     Compliance with Law.

a.     Consultant shall comply with all applicable laws, ordinances, codes and regulations of the federal, state and local government, including Cal/OSHA requirements.

b.     If required, Consultant shall assist the City, as requested, in obtaining and maintaining all permits required of Consultant by federal, state and local regulatory agencies.

c.     If applicable, Consultant is responsible for all costs of clean up and/ or removal of hazardous and toxic substances spilled as a result of his or her services or operations performed under this Agreement.

8.     Standard of Care

Consultant's services will be performed in accordance with generally accepted professional practices and principles and in a manner consistent with the level of care and skill ordinarily exercised by members of the profession currently practicing under similar conditions.

9.    Assignment and Subconsultant

Consultant shall not assign, sublet, or transfer this Agreement or any rights under or interest in this Agreement without the written consent of the City, which may be withheld for any reason. Any attempt to so assign or so transfer without such consent shall be void and without legal effect and shall constitute grounds for termination. Subcontracts, if any, shall contain a provision making them subject to all provisions stipulated in this Agreement. Nothing contained herein shall prevent Consultant from employing independent associates, and subconsultants as Consultant may deem appropriate to assist in the performance of services hereunder.

10.    Independent Contractor

Consultant is retained as an independent contractor and is not an employee of City. No employee or agent of Consultant shall become an employee of City. The work to be performed shall be in accordance with the work described in this Agreement, subject to such directions and amendments from City as herein provided.

11.    Insurance. Consultant shall not commence work for the City until it has provided evidence satisfactory to the City it has secured all insurance required under this section. In addition, Consultant shall not allow any subcontractor to commence work on any subcontract until it has secured all insurance required under this section.

a.    Commercial General Liability

(i)    The Consultant shall take out and maintain, during the performance of all work under this Agreement, in amounts not less than specified herein, Commercial General Liability Insurance, in a form and with insurance companies acceptable to the City.

(ii)    Coverage for Commercial General Liability insurance shall be at least as broad as the following:

(1)    Insurance Services Office Commercial General Liability coverage (Occurrence Form CG 00 01) or exact equivalent.

(iii)    Commercial General Liability Insurance must include coverage for the following:

(1)    Bodily Injury and Property Damage
(2)    Personal Injury/Advertising Injury
(3)    Premises/Operations Liability
(4)    Products/Completed Operations Liability
(5)    Aggregate Limits that Apply per Project
(6)    Explosion, Collapse and Underground (UCX) exclusion deleted
(7)    Contractual Liability with respect to this Agreement
(8)    Property Damage
(9)    Independent Contractors Coverage

(iv)    The policy shall contain no endorsements or provisions limiting coverage for (1) contractual liability; (2) cross liability exclusion for claims or suits by one insured against another; (3) products/completed operations liability; or (4) contain any other exclusion contrary to the Agreement.

16498.00150\32126437.1

EXHIBIT 2 - PAGE 64

(v)     The policy shall give City, its officials, officers, employees, agents and City designated volunteers additional insured status using ISO endorsement forms CG 20 10 10 01 and 20 37 10 01, or endorsements providing the exact same coverage.

(vi)     The general liability program may utilize either deductibles or provide coverage excess of a self-insured retention, subject to written approval by the City, and provided that such deductibles shall not apply to the City as an additional insured.

b.     <u>Automobile Liability</u>

(i)     At all times during the performance of the work under this Agreement, the Consultant shall maintain Automobile Liability Insurance for bodily injury and property damage including coverage for owned, non-owned and hired vehicles, in a form and with insurance companies acceptable to the City.

(ii)     Coverage for automobile liability insurance shall be at least as broad as Insurance Services Office Form Number CA 00 01 covering automobile liability (Coverage Symbol 1, any auto).

(iii)     The policy shall give City, its officials, officers, employees, agents and City designated volunteers additional insured status.

(iv)     Subject to written approval by the City, the automobile liability program may utilize deductibles, provided that such deductibles shall not apply to the City as an additional insured, but not a self-insured retention.

c.     <u>Workers' Compensation/Employer's Liability</u>

(i)     Consultant certifies that he/she is aware of the provisions of Section 3700 of the California Labor Code which requires every employer to be insured against liability for workers' compensation or to undertake self-insurance in accordance with the provisions of that code, and he/she will comply with such provisions before commencing work under this Agreement.

(ii)     To the extent Consultant has employees at any time during the term of this Agreement, at all times during the performance of the work under this Agreement, the Consultant shall maintain full compensation insurance for all persons employed directly by him/her to carry out the work contemplated under this Agreement, all in accordance with the "Workers' Compensation and Insurance Act," Division IV of the Labor Code of the State of California and any acts amendatory thereof, and Employer's Liability Coverage in amounts indicated herein. Consultant shall require all subconsultants to obtain and maintain, for the period required by this Agreement, workers' compensation coverage of the same type and limits as specified in this section.

d.     <u>Professional Liability (Errors and Omissions)</u>

At all times during the performance of the work under this Agreement the Consultant shall maintain professional liability or Errors and Omissions insurance appropriate to its profession, in a form and with insurance companies acceptable to the City and in an amount indicated herein. This insurance shall be endorsed to include contractual liability applicable to this Agreement and shall be written on a policy form coverage specifically designed to protect against acts, errors or omissions of the Consultant. "Covered Professional Services" as designated in the policy must

16498.00150\32126437.1

EXHIBIT 2 - PAGE 65

specifically include work performed under this Agreement. The policy must "pay on behalf of" the insured and must include a provision establishing the insurer's duty to defend.

    e.    <u>Minimum Policy Limits Required</u>

        (i)    The following insurance limits are required for the Agreement:

<u>Combined Single Limit</u>

| | |
|---|---|
| Commercial General Liability | $1,000,000 per occurrence/ $2,000,000 aggregate for bodily injury, personal injury, and property damage |
| Automobile Liability | $1,000,000 combined single limit |
| Employer's Liability | $1,000,000 per accident or disease |
| Professional Liability | $1,000,000 per claim and aggregate (errors and omissions) |

        (ii)    Defense costs shall be payable in addition to the limits.

        (iii)    Requirements of specific coverage or limits contained in this section are not intended as a limitation on coverage, limits, or other requirement, or a waiver of any coverage normally provided by any insurance. Any available coverage shall be provided to the parties required to be named as Additional Insured pursuant to this Agreement.

    f.    <u>Evidence Required</u>

    Prior to execution of the Agreement, the Consultant shall file with the City evidence of insurance from an insurer or insurers certifying to the coverage of all insurance required herein. Such evidence shall include original copies of the ISO CG 00 01 (or insurer's equivalent) signed by the insurer's representative and Certificate of Insurance (Acord Form 25-S or equivalent), together with required endorsements. All evidence of insurance shall be signed by a properly authorized officer, agent, or qualified representative of the insurer and shall certify the names of the insured, any additional insureds, where appropriate, the type and amount of the insurance, the location and operations to which the insurance applies, and the expiration date of such insurance.

    g.    <u>Policy Provisions Required</u>

        (i)    Consultant shall provide the City at least thirty (30) days prior written notice of cancellation of any policy required by this Agreement, except that the Consultant shall provide at least ten (10) days prior written notice of cancellation of any such policy due to non-payment of premium. If any of the required coverage is cancelled or expires during the term of this Agreement, the Consultant shall deliver renewal certificate(s) including the General Liability Additional Insured Endorsement to the City at least ten (10) days prior to the effective date of cancellation or expiration.

        (ii)    The Commercial General Liability Policy and Automobile Policy shall each contain a provision stating that Consultant's policy is primary insurance and that any

insurance, self-insurance or other coverage maintained by the City or any named insureds shall not be called upon to contribute to any loss.

(iii)     The retroactive date (if any) of each policy is to be no later than the effective date of this Agreement. Consultant shall maintain such coverage continuously for a period of at least three years after the completion of the work under this Agreement. Consultant shall purchase a one (1) year extended reporting period A) if the retroactive date is advanced past the effective date of this Agreement; B) if the policy is cancelled or not renewed; or C) if the policy is replaced by another claims-made policy with a retroactive date subsequent to the effective date of this Agreement.

(iv)     All required insurance coverages, except for the professional liability coverage, shall contain or be endorsed to provide a waiver of subrogation in favor of the City, its officials, officers, employees, agents, and volunteers or shall specifically allow Consultant or others providing insurance evidence in compliance with these specifications to waive their right of recovery prior to a loss. Consultant hereby waives its own right of recovery against City, and shall require similar written express waivers and insurance clauses from each of its subconsultants.

(v)     The limits set forth herein shall apply separately to each insured against whom claims are made or suits are brought, except with respect to the limits of liability. Further the limits set forth herein shall not be construed to relieve the Consultant from liability in excess of such coverage, nor shall it limit the Consultant's indemnification obligations to the City and shall not preclude the City from taking such other actions available to the City under other provisions of the Agreement or law.

h.     Qualifying Insurers

(i)     All policies required shall be issued by acceptable insurance companies, as determined by the City, which satisfy the following minimum requirements:

(1)     Each such policy shall be from a company or companies with a current A.M. Best's rating of no less than A:VII and admitted to transact in the business of insurance in the State of California, or otherwise allowed to place insurance through surplus line brokers under applicable provisions of the California Insurance Code or any federal law.

i.     Additional Insurance Provisions

(i)     The foregoing requirements as to the types and limits of insurance coverage to be maintained by Consultant, and any approval of said insurance by the City, is not intended to and shall not in any manner limit or qualify the liabilities and obligations otherwise assumed by the Consultant pursuant to this Agreement, including but not limited to, the provisions concerning indemnification.

(ii)     If at any time during the life of the Agreement, any policy of insurance required under this Agreement does not comply with these specifications or is canceled and not replaced, City has the right but not the duty to obtain the insurance it deems necessary and any premium paid by City will be promptly reimbursed by Consultant or City will withhold amounts sufficient to pay premium from Consultant payments. In the alternative, City may cancel this Agreement.

16498.00150/32126437.1

EXHIBIT 2 - PAGE 67

(iii)     The City may require the Consultant to provide complete copies of all insurance policies in effect for the duration of the Project.

(iv)     Neither the City nor any of its officials, officers, employees, agents or volunteers shall be personally responsible for any liability arising under or by virtue of this Agreement.

j.     Subconsultant Insurance Requirements.  Consultant shall not allow any subcontractors or subconsultants to commence work on any subcontract until they have provided evidence satisfactory to the City that they have secured all insurance required under this section. Policies of commercial general liability insurance provided by such subcontractors or subconsultants shall be endorsed to name the City as an additional insured using ISO form CG 20 38 04 13 or an endorsement providing the exact same coverage.  If requested by Consultant, City may approve different scopes or minimum limits of insurance for particular subcontractors or subconsultants.

12.     Indemnification.

a.     To the fullest extent permitted by law, Consultant shall defend (with counsel of City's choosing), indemnify and hold the City, its officials, officers, employees, volunteers, and agents free and harmless from any and all claims, demands, causes of action, costs, expenses, liability, loss, damage or injury of any kind, in law or equity, to property or persons, including wrongful death,  in any manner arising out of, pertaining to, or incident to any acts, errors or omissions, or willful misconduct of Consultant, its officials, officers, employees, subcontractors, consultants or agents in connection with the performance of the Consultant's services, the Project or this Agreement, including without limitation the payment of all damages, expert witness fees and attorney's fees and other related costs and expenses.  Consultant's obligation to indemnify shall not be restricted to insurance proceeds, if any, received by Consultant, the City, its officials, officers, employees, agents, or volunteers.

b.     If Consultant's obligation to defend, indemnify, and/or hold harmless arises out of Consultant's performance of "design professional" services (as that term is defined under Civil Code section 2782.8), then, and only to the extent required by Civil Code section 2782.8, which is fully incorporated herein, Consultant's indemnification obligation shall be limited to claims that arise out of, pertain to, or relate to the negligence, recklessness, or willful misconduct of the Consultant, and, upon Consultant obtaining a final adjudication by a court of competent jurisdiction, Consultant's liability for such claim, including the cost to defend, shall not exceed the Consultant's proportionate percentage of fault.

13.     California Labor Code Requirements.

a.     Consultant is aware of the requirements of California Labor Code Sections 1720 et seq. and 1770 et seq., which require the payment of prevailing wage rates and the performance of other requirements on certain "public works" and "maintenance" projects ("Prevailing Wage Laws").  If the services are being performed as part of an applicable "public works" or "maintenance" project, as defined by the Prevailing Wage Laws, and if the total compensation is $1,000 or more, Consultant agrees to fully comply with such Prevailing Wage Laws.  Consultant shall defend, indemnify and hold the City, its officials, officers, employees and agents free and harmless from any claims, liabilities, costs, penalties or interest arising out of any failure or alleged failure to comply with the Prevailing Wage Laws.  It shall be mandatory upon the Consultant and all subconsultants to comply with all California Labor Code provisions, which include but are not limited to prevailing wages (Labor Code Sections 1771, 1774 and 1775),

16498.00150\32126437.1

EXHIBIT 2 - PAGE 68

employment of apprentices (Labor Code Section 1777.5), certified payroll records (Labor Code Sections 1771.4 and 1776), hours of labor (Labor Code Sections 1813 and 1815) and debarment of contractors and subcontractors (Labor Code Section 1777.1).  The requirement to submit certified payroll records directly to the Labor Commissioner under Labor Code section 1771.4 shall not apply to work performed on a public works project that is exempt pursuant to the small project exemption specified in Labor Code Section 1771.4.

   b. If the services are being performed as part of an applicable "public works" or "maintenance" project, then pursuant to Labor Code Sections 1725.5 and 1771.1, the Consultant and all subconsultants performing such services must be registered with the Department of Industrial Relations.  Consultant shall maintain registration for the duration of the Project and require the same of any subconsultants, as applicable.  Notwithstanding the foregoing, the contractor registration requirements mandated by Labor Code Sections 1725.5 and 1771.1 shall not apply to work performed on a public works project that is exempt pursuant to the small project exemption specified in Labor Code Sections 1725.5 and 1771.1.

   c. This Agreement may also be subject to compliance monitoring and enforcement by the Department of Industrial Relations. It shall be Consultant's sole responsibility to comply with all applicable registration and labor compliance requirements.  Any stop orders issued by the Department of Industrial Relations against Consultant or any subcontractor that affect Consultant's performance of services, including any delay, shall be Consultant's sole responsibility.  Any delay arising out of or resulting from such stop orders shall be considered Consultant caused delay and shall not be compensable by the City.  Consultant shall defend, indemnify and hold the City, its officials, officers, employees and agents free and harmless from any claim or liability arising out of stop orders issued by the Department of Industrial Relations against Consultant or any subcontractor.

  14. <u>Verification of Employment Eligibility</u>.

   By executing this Agreement, Consultant verifies that it fully complies with all requirements and restrictions of state and federal law respecting the employment of undocumented aliens, including, but not limited to, the Immigration Reform and Control Act of 1986, as may be amended from time to time, and shall require all subconsultants and sub-subconsultants to comply with the same.

  15. <u>Reserved</u>.

  16. <u>Laws and Venue</u>.

   This Agreement shall be interpreted in accordance with the laws of the State of California. If any action is brought to interpret or enforce any term of this Agreement, the action shall be brought in a state or federal court situated in the County of San Bernardino, State of California.

  17 <u>Termination or Abandonment</u>

   a. City has the right to terminate or abandon any portion or all of the work under this Agreement by giving ten (10) calendar days written notice to Consultant.  In such event, City shall be immediately given title and possession to all original field notes, drawings and specifications, written reports and other documents produced or developed for that portion of the work completed and/or being abandoned.  City shall pay Consultant the reasonable value of

16498.00150\32126437.1

EXHIBIT 2 - PAGE 69

services rendered for any portion of the work completed prior to termination. If said termination occurs prior to completion of any task for the Project for which a payment request has not been received, the charge for services performed during such task shall be the reasonable value of such services, based on an amount mutually agreed to by City and Consultant of the portion of such task completed but not paid prior to said termination. City shall not be liable for any costs other than the charges or portions thereof which are specified herein. Consultant shall not be entitled to payment for unperformed services, and shall not be entitled to damages or compensation for termination of work.

b. Consultant may terminate its obligation to provide further services under this Agreement upon thirty (30) calendar days' written notice to City only in the event of substantial failure by City to perform in accordance with the terms of this Agreement through no fault of Consultant.

18 <u>Documents</u>. Except as otherwise provided in "Termination or Abandonment," above, all original field notes, written reports, Drawings and Specifications and other documents, produced or developed for the Project shall, upon payment in full for the services described in this Agreement, be furnished to and become the property of the City.

19. <u>Organization</u>

Consultant shall assign Craig Tole as Project Manager. The Project Manager shall not be removed from the Project or reassigned without the prior written consent of the City.

20. <u>Limitation of Agreement</u>.

This Agreement is limited to and includes only the work included in the Project described above.

21. <u>Notice</u>

Any notice or instrument required to be given or delivered by this Agreement may be given or delivered by depositing the same in any United States Post Office, certified mail, return receipt requested, postage prepaid, addressed to:

CITY:

City of Fontana
8353 Sierra Avenue
Fontana, California 92335
Jeffrey Baughman
jbaughman@fontanaca.gov

CONSULTANT:

4Leaf Inc.
2126 Rheem Drive
Pleasanton, California 94588
Craig Tole, Vice President
ctole@4leafinc.com

and shall be effective upon receipt thereof.

16498.00150\32126437.1

EXHIBIT 2 - PAGE 70

22.     Third Party Rights

Nothing in this Agreement shall be construed to give any rights or benefits to anyone other than the City and the Consultant.

23.     Equal Opportunity Employment.

Consultant represents that it is an equal opportunity employer and that it shall not discriminate against any employee or applicant for employment because of race, religion, color, national origin, ancestry, sex, age or other interests protected by the State or Federal Constitutions. Such non-discrimination shall include, but not be limited to, all activities related to initial employment, upgrading, demotion, transfer, recruitment or recruitment advertising, layoff or termination.

24.     Entire Agreement

This Agreement, with its exhibits, represents the entire understanding of City and Consultant as to those matters contained herein, and supersedes and cancels any prior or contemporaneous oral or written understanding, promises or representations with respect to those matters covered hereunder. Each Party acknowledges that no representations, inducements, promises or agreements have been made by any person which are not incorporated herein, and that any other agreements shall be void. This Agreement may not be modified or altered except in writing signed by both Parties hereto. This is an integrated Agreement.

25.     Severability

The unenforceability, invalidity or illegality of any provision(s) of this Agreement shall not render the remaining provisions unenforceable, invalid or illegal.

26.     Successors and Assigns

This Agreement shall be binding upon and shall inure to the benefit of the successors in interest, executors, administrators and assigns of each Party to this Agreement. However, Consultant shall not assign or transfer by operation of law or otherwise any or all of its rights, burdens, duties or obligations without the prior written consent of City. Any attempted assignment without such consent shall be invalid and void.

27.     Non-Waiver

None of the provisions of this Agreement shall be considered waived by either Party, unless such waiver is specifically specified in writing.

28.     Time of Essence

Time is of the essence for each and every provision of this Agreement.

29.     City's Right to Employ Other Consultants

City reserves its right to employ other consultants, including engineers, in connection with this Project or other projects.

16498.00150\32126437.1

EXHIBIT 2 - PAGE 71

DocuSign Envelope ID: D1FCE972-595F-4E22-8F18-BF7DDA8673DA

30. <u>Prohibited Interests</u>

Consultant maintains and warrants that it has not employed nor retained any company or person, other than a bona fide employee working solely for Consultant, to solicit or secure this Agreement. Further, Consultant warrants that it has not paid nor has it agreed to pay any company or person, other than a bona fide employee working solely for Consultant, any fee, commission, percentage, brokerage fee, gift or other consideration contingent upon or resulting from the award or making of this Agreement. For breach or violation of this warranty, City shall have the right to rescind this Agreement without liability. For the term of this Agreement, no director, official, officer or employee of City, during the term of his or her service with City, shall have any direct interest in this Agreement, or obtain any present or anticipated material benefit arising therefrom.

**[SIGNATURES ON FOLLOWING PAGE]**

**CITY OF FONTANA**
**SIGNATURE PAGE**
**BS-24-05-SP-1**

**CITY OF FONTANA**                              **4 LEAF, INC**

By:  *Matthew C. Ballantyne*              By:      *Kevin Duggan*
Matthew C. Ballantyne                              Kevin Duggan
City Manager                                       President, 4LEAF Inc.

*Attest:*

By:  *Germaine key*
Germaine Key
City Clerk's Office

By:  *Phillip Burum*
Phillip Burum
Deputy City Manager

*Approved as to form:*

*Ruben Duran*
Best Best & Krieger LLP
City Attorney

By:  *Jeffrey Baughman*
Jeffrey Baughman
Building and Safety Official

**IN COMPLIANCE WITH CONTRACT INSURANCE REQUIREMENTS**

*SM*  By:  *Rakesha L. Voss*
Rakesha Voss
Human Resources & Risk Management Director

**IN COMPLIANCE WITH PURCHASING AND CONTRACT ADMINISTRATION POLICIES/PROCEDURES**

*Jessica Brown*                            *Sid Lambert*
Jessica Brown                              Sid Lambert
Chief Financial Officer                    Purchasing Office

16498.00150/32126437.1

EXHIBIT 2 - PAGE 73

DocuSign Envelope ID: D1FCE972-595F-4E22-8F18-BF7DDA8673DA

EXHIBIT A

Scope of Services

4Leaf is being hired to address our ongoing issues regarding non-permitted sidewalk venders. 4Leaf has agreed to provide contracted Code Enforcement Officers (CCEO) at least six days/evenings a week, no more than 8 hours per shift. CCEO is expected to address all non-permitted sidewalk vendors, by providing education and explaining how to obtain the proper permits to conduct business in the City of Fontana. For individuals that chose to continue to operate without the property permits, CCEO will confiscate all perishable/non-perishable items and properly provide notices to the vendors on how to obtain all non-perishable items from the City. All non-perishable items will be photographed and logged by the CCEO. 4 Leaf will be provided locations of non-permitted sidewalk vendors, and will be expected to address any areas throughout the City of Fontana.

16498.00150\32126437.1

EXHIBIT 2 - PAGE 74

DocuSign Envelope ID: D1FCE972-595F-4E22-8F18-BF7DDA8673DA

## EXHIBIT B

### Schedule of Charges/Payments

Consultant will invoice City on a monthly cycle. Consultant will include with each invoice a detailed progress report that indicates the amount of budget spent on each task. Consultant will inform City regarding any out-of-scope work being performed by Consultant. This is a time-and-materials contract.

## 4LEAF, INC.
CONSTRUCTION MANAGEMENT · PLAN CHECK
INSPECTION · PLANNING · CODE ENFORCEMENT

**Task Order: Code Enforcement Services**

| | |
|---|---|
| **DATE:** | 10/18/23 |
| **4LEAF JOB NO.:** | TBD |
| **4LEAF PRINCIPAL:** | Craig Tole |
| **PROJECT(S):** | **Code Enforcement Services** |
| **LOCATION:** | City of Fontana |
| **TASK ORDER #** | 1 |

| CITY OF FONTANA - CODE ENFORCEMENT | PERSONNEL | ESTIMATED HOURS | UNIT PRICE | ESTIMATED TOTAL |
|---|---|---|---|---|
| Vendor Enforcement with Vehicle (Operator) | TBD | 3744 | $89.25 | $334,152 |
| Vendor Enforcement with Vehicle (Non-Operator) | TBD | 3744 | $77.25 | $289,224 |
| Off-Site Project Management | Pete Roque | 120 | $176 | $21,120 |
| | | | | |
| *Preliminary Sub-Total of Services provided by 4LEAF* | | | | *$644,496* |
| | | | | |
| *Preliminary Estimated Fees* | | | | *$644,496* |
| *Reimbursables N/A* | | | | *$0* |
| *Total Preliminary Estimated Fees* | | | | *$644,496* |

*Estimate is to provide Code Enforcement Services to the City of Fontana. Term of the assignment is six(6) months. Assignments to be covered six(6) days per week.*

*4LEAF will utilize six (6) Code Enforcement Officers. Schedules to be determined by AHJ. All shifts will be eight(8) hours in length.*

*4LEAF will perform services on a time and materials basis utilizing four hour minimums in four hour increments. Additional hours requested will require a change order.*

*4LEAF will provide three(3) vehicles for the Code Enforcement Officer working in teams of two to utilize while working for the City of Fontana. 4LEAF will acquire trucks by 12/1/23.4LEAF will also budget 4 hours per week for Project Management of Client and assignments. Any overtime must be requested by Client via email or text.*

EXHIBIT 2 - PAGE 76

DocuSign Envelope ID: D1FCE972-595F-4E22-8F18-BF7DDA8673DA



## City of Fontana

### Action Report

### City Council Meeting

8353 Sierra Avenue
Fontana, CA 92335

---

| **File #:** 21-2513 | **Agenda Date:** 10/10/2023 |
| **Agenda #:** A. | **Category:** Unfinished Business |

---

**FROM:**
Code Compliance

**SUBJECT:**
Award of contract for additional contracted Code Compliance Inspectors to address Non-permitted Street Vendors.

**RECOMMENDATION:**
1.   Award proposal and authorize the City Manager to execute a contract with 4Leaf Inc. in the amount of $598,224 for the period of six (6) months.
2.   Authorize the City Manager to execute any and all contract amendments on behalf of the City of Fontana for Non-permitted Street Vendor Inspections.

**COUNCIL GOALS:**
- Improve public safety by increasing operational efficiency, visibility, and availability.
- Operate in a businesslike manner by correcting problems immediately.

**DISCUSSION:**
The City of Fontana continues to receive complaints from residents and business owners regarding non-permitted street vendors operating throughout the City. To maintain the City's commitment to ensure the City's safety and support local businesses, additional staffing is needed to perform more inspections on a weekly basis.

On September 12, 2023, at the City Council workshop, City Council directed staff to bring a proposal that addresses the need for a more comprehensive approach to enforcement, covering at least five (5) evenings per week. 4 Leaf Inc has worked successfully with the City of Orange and the City of Tustin on their programs to increase education amongst street vendors as well as to strictly enforce City Code requirements.

Approval of this proposal will result in citywide coverage six (6) evenings per week, with a total of six (6) Code Officers working eight (8) hours per shift. By being more consistent and having more contracted Code Compliance Officers, we expect to see a significant reduction in the amount of non-permitted and unlicensed street vendors. Approval of this contract will negate the need for Public Works and FPD overtime support. The teams of three provided by 4Leaf will operate independently, contacting FPD for support only when necessary. 4-Leaf has a current contract for services with the City of Fontana, which was approved by the City Council on September 12, 2023.

**FISCAL IMPACT:**
The Fiscal Impact associated with the approval of this item is $598,224 and is not included in the 2023-24 current budget and will be funded by available unappropriated General Fund balance.

---

EXHIBIT 2 - PAGE 77

| **File #:** 21-2513 | **Agenda Date:** 10/10/2023 |
| --- | --- |
| **Agenda #:** A. | **Category:** Unfinished Business |

Appropriate paperwork will be submitted with the First Quarter Budget Report.

**MOTION:**
Approve staff recommendation.

EXHIBIT 2 - PAGE 78

DocuSign Envelope ID: D1FCE972-595F-4E22-8F18-BF7DDA8673DA

# City of Fontana

*8353 Sierra Avenue*
*Fontana, CA 92335*



# Minutes

**Tuesday, October 10, 2023**

**7:00 PM**

**Grover W. Taylor Council Chambers**

## City Council Meeting

**Acquanetta Warren - Mayor**
**Peter A. Garcia - Mayor Pro Tem**
**John B. Roberts - Council Member**
**Jesus "Jesse" Sandoval - Council Member**
**Phillip Cothran - Council Member**
**Germaine Key - City Clerk**
**Janet Koehler-Brooks, City Treasurer**

EXHIBIT 2 - PAGE 79

## WORKSHOP:

### A.     5:30 P.M. City Council Workshop

The Workshop of the Fontana City Council was held on Tuesday, October 10, 2023, in the Grover W. Taylor Council Chambers, 8353 Sierra Avenue, Fontana, CA 92335. Mayor Warren called the meeting to order at 5:30 p.m. with all members of the City Council present except for Mayor Pro Tem Garcia who arrived at 5:34 p.m.

City Clerk Germaine Key and City Treasurer Janet Koehler-Brooks were also in attendance.

City Attorney Ruben Duran presented the staff report on Spanish Translation Services and discussed translation services as it related to State law, the Brown Act and the Dymally-Alatorre Bilingual Services Act. Stated that Government Code Section 7293; 7295 gives local agencies discretion on enforcing the act and provided an overview on what translation services the City currently provides.

Council Member Cothran asked if notices affecting property were provided in Spanish.

A recommendation was made to translate in Spanish any notices for General Plan amendments, zoning amendments and any other items significantly affecting one's property.

Deputy City Manager Phillip Burum stated that all public notices have a disclaimer in Spanish to contact the City for any questions or assistance.

Mayor Warren asked if public notices were also published in a Spanish newspaper.

Council Member Cothran suggested data tracking to determine what frequently used forms should be translated in Spanish.

Mayor Warren recommended translating in other languages based on community demographics.

Council Member Sandoval discussed concerns with time sensitive notices and many Spanish speaking residents waiting on family members to translate them.

City Manager Matthew Ballantyne stated that staff would research the analytics on frequently used
forms and report back to the Council.

## PUBLIC COMMUNICATION - CLOSED SESSION:

There were no public communications received for the following items:

1. CONFERENCE WITH LEGAL COUNSEL – EXISTING LITIGATION PURSUANT TO GOVERNMENT CODE SECTION 54956.9(d)(1) Case: Anderson/Moore Sr. et al. v. City of Fontana Claim Number(s): CIVDS 1610471

2. CONFERENCE WITH LEGAL COUNSEL – EXISTING LITIGATION PURSUANT TO GOVERNMENT CODE SECTION 54956.9(d)(1) Case: Robert King v. City of Fontana Claim

EXHIBIT 2 - PAGE 80

DocuSign Envelope ID: D1FCE972-595F-4E22-8F18-BF7DDA8673DA

Number(s): CIVDS 2016703

3. CONFERENCE WITH LEGAL COUNSEL – EXISTING LITIGATION PURSUANT TO GOVERNMENT CODE SECTION 54956.9(d)(1) Case: John B. Stark v. City of Fontana Claim Number(s): CIVSB2124569

## CLOSED SESSION:

### A.    6:00 P.M. CLOSED SESSION

The Closed Session meeting of the Fontana City Council was held in the Executive Conference Room, 8353 Sierra Avenue, Fontana, CA 92335, on Tuesday, October 10, 2023.

Mayor Warren called the meeting to order at 6:00 p.m., with all members of the City Council present.

## CALL TO ORDER/ROLL CALL:

### A.    7:00 P.M. Call To Order/Roll Call:

A Regular Meeting of the Fontana City Council was held in the Grover W. Taylor Council Chambers, 8353 Sierra Avenue, Fontana, CA 92335, on Tuesday, October 10, 2023. Mayor Warren called the meeting to order at 7:04 p.m.

### ROLL CALL:

**PRESENT**: Mayor Warren, Mayor Pro Tem Garcia, Council Members Roberts, Sandoval and Cothran.

**ABSENT**: None

City Clerk Key and City Treasurer Koehler-Brooks were also in attendance.

## INVOCATION/PLEDGE OF ALLEGIANCE:

### A.    Invocation/Pledge of Allegiance:

The invocation was given by Council Member Roberts, followed by the pledge of allegiance led by Mayor Pro Tem Garcia.

## PROCLAMATIONS:

### A.    Proclamations

Mayor Warren and City Council proclaimed October 7-15, 2023, as Water Professionals Appreciation Week. West Valley Water District Director Garcia accepted.

Mayor Warren and City Council proclaimed the Month of October 2023 as National Community

EXHIBIT 2 - PAGE 81

Planning Month. Planning Commission Chair Cathline Fort and Director of Planning Patty Nevins accepted.

Mayor Warren and City Council proclaimed the 2nd Week of October 2023 as Code Compliance Officer Appreciation Week. Community Improvement Program Manager Sandra Pelayo accepted.

Mayor Warren and City Council proclaimed the month of October 2023 as Cyber Security Awareness Month. Information Technology Manager Chris Beck accepted.

Mayor Warren and City Council proclaimed October as National Manufacturing Month. Cynthia Amador Díaz of California Manufacturing Technology Consulting accepted.

## SPECIAL PRESENTATIONS:

Mayor Warren and City Council recognized the 2023 Planning Department Employee of the Year Maria Torres.

Mayor Warren and City Council recognized Code Compliance Officer of the Year Peggy Fonseca.

Mayor Warren and City Council recognized Department of Innovation and Technology's Employee of the Year Steven Pendleton.

## PUBLIC COMMUNICATIONS:

### A.    Public Communications

Diane Smyers spoke about services offered by San Bernardino County CASA and asked the Mayor and Council to help foster youth living in Fontana.

Sergeant First Class (SFC) Espinoza, a recruiter with the US Army, introduced himself to the Council, staff and community. SFC Espinoza also introduced one of their recruits, Manual Enrique Medina-Rivera and asked the Council for letters of recommendation for Mr. Medina-Rivera.

Julionna Redondo discussed concerns with the lack of traffic signals and crossing guards around local high schools.

Lynda Dykes asked for information on how the Safe Routes to School funding would be spent. Also discussed concerns with historical buildings being demolished and with the construction and zoning of warehouses.

Oskar Zambrano discussed concerns with the lack of Spanish translation services and asked the City to hire certified language interpreters to help serve Spanish-speaking residents.

Paul Basay asked if the City provided financial assistance with septic to sewer conversions for

EXHIBIT 2 - PAGE 82

DocuSign Envelope ID: D1FCE972-595F-4E22-8F18-BF7DDA8673DA

Accessory Dwelling Units (ADU's).

## CONSENT CALENDAR:

Council Member Sandoval requested that consent calendar item "I" be pulled and have a separate motion following the discussion.

Prior to the motion being made, Council Member Cothran recused himself from items "C," "D," and "J" on the Consent Calendar due to real estate holdings within the project areas.

**ACTION: Motion was made by Council Member Sandoval, seconded by Mayor Pro Tem Garcia, and passed unanimously by a vote of 5-0 to approve the Consent Calendar items "A-H," and "J" with Council Member Cothran abstaining from items "C," "D," and "J." The motion carried by the following vote: AYES: Warren, Garcia, Cothran, Roberts and Sandoval; NOES: None; ABSTAIN: None ABSENT: None**

### Approve Consent Calendar Items as recommended by staff.

| | | |
|---|---|---|
| **A.** | Approval of Minutes | **21-2528** |
| **B.** | Authorize the purchase of a CNG Freightliner SD114 10-Wheel | **21-2435** |
| **C.** | Award a Design-Build Contract for the City Hall Renovation Project - Phase I (Fire Annex) | **21-2437** |
| **D.** | Award a Construction Contract for the North Heritage Phase 1 Fiber Optic Project (Bid No. SB-147-DE-23). | **21-2468** |
| **E.** | California Department of General Service (DGS) MOU Agreement- Small Business Certification Program. | **21-2483** |
| **F.** | Approve a Professional Services Agreement for Construction and Project Management Services for the Courtplace Housing Development Project (Infrastructure Improvements) | **21-2493** |
| **G.** | 2024 Selective Traffic Enforcement Program Grant Award | **21-2497** |
| **H.** | Donation of Surplus Vehicle Ford E-450 Bus Unit # 3115 | **21-2498** |
| **I.** | Award a Contract for the Cypress Center Roof Project. | **21-2504** |
| **J.** | Award a Construction Contract for the San Sevaine Trail Phase 1, Segment 2 Project | **21-2514** |

EXHIBIT 2 - PAGE 83

Public Works Support Services Manager Armando Martinez presented the staff report for item "I."

Council Member Sandoval discussed concerns with the price differences between bids and potential change orders.

Public Works Support Services Manager Armando Martinez stated that scope of work was very detailed and lead and asbestos tests were negative. Also noted the contract included a 10% contingency and the proposed vendor was highly recommended with very few change orders done on prior construction projects they had worked on.

## PUBLIC HEARINGS:

|  |  |  |
|---|---|---|
| A. | Adoption of **Ordinance No. 1925,** of the City Council of the City of Fontana, California adopting an impoundment policy supplementing the sidewalk vending ordinance to help protect the City's community by more effectively regulating sale of food, goods, and merchandise creating a health and safety danger. | 21-2515 |

Deputy City Manager Phillip Burum introduced the staff report.

Code Compliance Inspector Jason Barber provided the staff report and discussed the proposed ordinance.

The City Clerk's Department received one (1) written correspondence in opposition of this item.

Mayor Warren opened the public hearing.

Mayor Warren closed the public hearing.

Mayor Warren re-opened the public hearing.

The following individuals spoke in opposition of the item:

1. Oscar Zambrano.

The following individuals spoke in favor of the item:

1. Amanda Morales, Fontana Chamber of Commerce

Mayor Warren closed the public hearing.

**ACTION: Motion was made by Council Member Roberts, seconded by Mayor Pro Tem Garcia, and passed unanimously by a vote of 5-0 to approve Public Hearing Item "A" as follows:**

EXHIBIT 2 - PAGE 84

Waive further reading of and introduce **Ordinance No. 1925** an Ordinance of the City of Fontana adding Fontana Municipal Code sections 1-14 (Enforcement Obstruction Consequences) and 15-829 (Impoundment) relating to Sidewalk Vending; and that the reading of the title constitutes the first reading thereof.

**The motion carried by the following vote: AYES: Warren, Garcia, Cothran, Roberts and Sandoval; NOES: None; ABSTAIN: None ABSENT: None**

## CONTINUED BUSINESS:

A.   **Continued Business**

   A.   Award of contract for additional contracted Code Compliance Inspectors to address Non-permitted Street Vendors.       21-2513

Deputy City Manager Phillip Burum, stated that the contractor was asked to provide a proposal for use of their own vehicles instead of City vehicles due to risk management issues with contractors using City vehicles.

Code Compliance Inspector Jason Barber provided the staff report.

Mayor Warren discussed the importance of supporting local businesses who comply with all local regulations and requirements.

Discussion ensued regarding City employees or Police Department volunteers driving contractors in City vehicles.

Mayor Pro Tem Garcia expressed support for enforcement of non-permitted street vendors and protecting local and small family businesses who operate legally.

Council Member Cothran asked if any street vendors took advantage of the City's small business assistance program.

Deputy City Manager Phillip Burum explained the protocol and stated there was not much interest from street vendors.

City Manager Matthew Ballantyne requested that the Council consider amending the motion to include a 10% contingency for use of the contractor's vehicles.

**ACTION: Motion was made by Mayor Pro Tem Garcia, seconded by Council Member Roberts, and passed unanimously by a vote of 5-0 to adopt Continue Business Item "A" as follows:**

1.   Award proposal and authorize the City Manager to execute a contract with 4Leaf Inc. in the amount of $598,224 for the period of six (6) months;

EXHIBIT 2 - PAGE 85

2.  Authorize the City Manager to execute any and all contract amendments on behalf of the City of Fontana for Non-permitted Street Vendor Inspections;

3.  Authorize a 10% contingency for use of the contractor's vehicles.

**The motion carried by the following vote: AYES: Warren, Garcia, Cothran and Roberts and Sandoval; NOES: None; ABSTAIN: None; ABSENT: None**

## CITY MANAGER COMMUNICATIONS:

A.  **City Manager Communications**

City Manager Matthew Ballantyne did not have any comments.

## ELECTED OFFICIALS COMMUNICATIONS/REPORTS:

A.  **Elected Officials Communications/Reports**

City Clerk Key had no comments.

City Treasurer Koehler-Brooks had no comments.

Mayor Pro Tem Garcia congratulated all who were recognized this evening and expressed support for small businesses and looked forward to continuing to work on the downtown revitalization.

Council Member Cothran congratulated all staff who were recognized this evening.

Council Member Sandoval thanked Sergeant First Class Espinoza for his service, encouraged local students to participate in the Veteran's Day Essay Contest, thanked staff for recognizing Breast Cancer Awareness Month, asked about pink name placards for the dais and encouraged all to be screened for cancer.

Council Member Roberts discussed concerns with illegal street vendors and the importance of protecting and supporting local businesses.

Mayor Warren congratulated all staff that were recognized tonight, encouraged all to attend the Fontana Let's Move event on October 14th, discussed the Mayor's Youth Coalition, the Future Shapers Academy and Breast Cancer Awareness Month. She also encouraged all to pray for Israel and thanked Assembly Member Reyes for the $3 million donation towards the downtown revitalization arts district.

EXHIBIT 2 - PAGE 86

DocuSign Envelope ID: D1FCE972-595F-4E22-8F18-BF7DDA8673DA

## ADJOURNMENT:

### A.    Adjournment

Mayor Warren adjourned the meeting in memory of the victims of Hamas' terrorist attacks in Israel. The meeting adjourned at 8:38 p.m. to the next Regular City Council Meeting on October 24, 2023, at 7:00 p.m. in the Grover W. Taylor Council Chambers located at 8353 Sierra Avenue, Fontana, California.


_____

Christina Rudsell
Deputy City Clerk


**THE FOREGOING MINUTES WERE ADOPTED AND APPROVED BY THE FONTANA CITY COUNCIL ON OCTOBER 24TH, 2023.**


_____

Germaine Key
City Clerk

EXHIBIT 2 - PAGE 87

**DocuSign**

## Certificate Of Completion

Envelope Id: D1FCE972595F4E228F18BF7DDA8673DA
Subject: 4 Leaf / Code Compliance Inspection Services BS-24-05-SP-1
Source Envelope:
Document Pages: 22                    Signatures: 9
Supplemental Document Pages: 11       Initials: 1
Certificate Pages: 7
AutoNav: Enabled
EnvelopeId Stamping: Enabled
Time Zone: (UTC-08:00) Pacific Time (US & Canada)

Status: Completed

Envelope Originator:
Purchasing Office

8353 Sierra Avenue
Fontana, CA 92335
purchasing@fontana.org
IP Address: 192.146.186.96

## Record Tracking

Status: Original
    11/1/2023 | 02:10 PM

Holder: Purchasing Office
    purchasing@fontana.org

Location: DocuSign

| Signer Events | Signature | Timestamp |
|---|---|---|
| Kevin Duggan<br>kduggan@4leafinc.com<br>President<br>Security Level: Email, Account Authentication (None) | *Kevin Duggan*<br><br>Signature Adoption: Pre-selected Style<br>Using IP Address: 174.205.96.96<br>Signed using mobile | Sent: 11/2/2023 \| 10:40 AM<br>Viewed: 11/2/2023 \| 11:00 AM<br>Signed: 11/2/2023 \| 04:06 PM |
| **Electronic Record and Signature Disclosure:**<br>  Accepted: 5/24/2018 | 03:35 PM<br>  ID: ff6412d0-b222-45e9-bebc-b9555f96fd9e | | |
| Jeffrey Baughman<br>jbaughman@fontanaca.gov<br>Building & Safety<br>Security Level: Email, Account Authentication (None) | *Jeffrey Baughman*<br><br>Signature Adoption: Pre-selected Style<br>Using IP Address: 192.146.186.96 | Sent: 11/2/2023 \| 04:06 PM<br>Viewed: 11/2/2023 \| 04:14 PM<br>Signed: 11/2/2023 \| 04:16 PM |
| **Electronic Record and Signature Disclosure:**<br>  Accepted: 11/2/2023 | 04:14 PM<br>  ID: b88f3e54-aeb0-4df1-bfdf-f84b480c81f5 | | |
| Phillip Burum<br>pburum@fontana.org<br>Deputy City Manager<br>Security Level: Email, Account Authentication (None) | *Phillip Burum*<br><br>Signature Adoption: Pre-selected Style<br>Using IP Address: 192.146.186.96 | Sent: 11/2/2023 \| 04:16 PM<br>Viewed: 11/2/2023 \| 05:03 PM<br>Signed: 11/2/2023 \| 05:03 PM |
| **Electronic Record and Signature Disclosure:**<br>  Accepted: 11/2/2023 | 05:03 PM<br>  ID: 6ad8906c-d38e-4c33-a887-8360bd5eccb3 | | |
| Ruben Duran<br>ruben.duran@bbklaw.com<br>Security Level: Email, Account Authentication (None) | *Ruben Duran*<br><br>Signature Adoption: Pre-selected Style<br>Using IP Address: 74.116.243.2 | Sent: 11/2/2023 \| 05:03 PM<br>Viewed: 11/2/2023 \| 09:19 PM<br>Signed: 11/2/2023 \| 09:22 PM |
| **Electronic Record and Signature Disclosure:**<br>  Accepted: 11/2/2023 | 09:19 PM<br>  ID: 21897ef5-d566-4f97-9316-03c70c7df08b | | |

EXHIBIT 2 - PAGE 88

| Signer Events | Signature | Timestamp |
|---|---|---|
| **Susan Mendoza**<br>smendoza@fontanaca.gov<br>Security Level: Email, Account Authentication (None) | SM<br><br>Signature Adoption: Pre-selected Style<br>Using IP Address: 192.146.186.96 | Sent: 11/2/2023 \| 05:03 PM<br>Viewed: 11/7/2023 \| 08:18 AM<br>Signed: 11/7/2023 \| 08:21 AM |
| **Electronic Record and Signature Disclosure:**<br>    Not Offered via DocuSign<br>Supplemental Documents: | Action Report.pdf | Viewed: 11/7/2023 \| 08:21 AM<br>Read: Not Required<br>Accepted: Not Required |
| **Rakesha L. Voss**<br>rvoss@fontanaca.gov<br>Human Resources<br>Security Level: Email, Account Authentication (None) | Rakesha L. Voss<br><br>Signature Adoption: Pre-selected Style<br>Using IP Address: 192.146.186.96 | Sent: 11/7/2023 \| 08:21 AM<br>Viewed: 11/7/2023 \| 12:17 PM<br>Signed: 11/7/2023 \| 12:18 PM |
| **Electronic Record and Signature Disclosure:**<br>    Accepted: 11/7/2023 \| 12:17 PM<br>    ID: 4b952ffd-c249-4232-89a0-7b4a2e9e36bd | | |
| **Sid Lambert**<br>slambert@fontana.org<br>Purchasing Office<br>Paragon Partners Consultants, Inc.<br>Security Level: Email, Account Authentication (None) | Sid Lambert<br><br>Signature Adoption: Pre-selected Style<br>Using IP Address: 192.146.186.96 | Sent: 11/7/2023 \| 12:18 PM<br>Viewed: 11/7/2023 \| 04:30 PM<br>Signed: 11/7/2023 \| 04:31 PM |
| **Electronic Record and Signature Disclosure:**<br>    Not Offered via DocuSign | | |
| **Jessica Brown**<br>jbrown@fontana.org<br>Chief Financial Officer<br>Security Level: Email, Account Authentication (None) | Jessica Brown<br><br>Signature Adoption: Pre-selected Style<br>Using IP Address: 174.195.131.215<br>Signed using mobile | Sent: 11/7/2023 \| 04:31 PM<br>Viewed: 11/9/2023 \| 05:26 AM<br>Signed: 11/9/2023 \| 05:26 AM |
| **Electronic Record and Signature Disclosure:**<br>    Accepted: 11/9/2023 \| 05:26 AM<br>    ID: a968341a-decf-4884-a55f-6a4bfc15ae0c | | |
| **Matthew C. Ballantyne**<br>mballantyne@fontanaca.gov<br>City Manager<br>Security Level: Email, Account Authentication (None) | Matthew C. Ballantyne<br><br>Signature Adoption: Pre-selected Style<br>Using IP Address: 192.146.186.96 | Sent: 11/9/2023 \| 05:26 AM<br>Viewed: 11/9/2023 \| 06:53 AM<br>Signed: 11/9/2023 \| 06:55 AM |
| **Electronic Record and Signature Disclosure:**<br>    Accepted: 11/9/2023 \| 06:53 AM<br>    ID: fc229cf7-3aa9-4dc8-b20b-3646abacb8b1<br>Supplemental Documents: | City Council Meeting minutes 10.10.23.pdf<br><br><br>Action Report.pdf | Viewed: 11/9/2023 \| 06:54 AM<br>Read: Not Required<br>Accepted: Not Required<br>Viewed: 11/9/2023 \| 06:54 AM<br>Read: Not Required<br>Accepted: Not Required |

EXHIBIT 2 - PAGE 89

| Signer Events | Signature | Timestamp |
|---|---|---|
| Germaine Key<br>gkey@fontanaca.gov<br>Security Level: Email, Account Authentication (None) | *Germaine key* | Sent: 11/9/2023 \| 06:55 AM<br>Viewed: 11/9/2023 \| 07:47 AM<br>Signed: 11/9/2023 \| 07:47 AM |
| | Signature Adoption: Pre-selected Style<br>Using IP Address: 174.195.129.151<br>Signed using mobile | |
| Electronic Record and Signature Disclosure:<br>  Accepted: 11/9/2023 \| 07:47 AM<br>  ID: 8272f6b8-0001-47d2-930a-c087a8c9b454 | | |

| In Person Signer Events | Signature | Timestamp |
|---|---|---|

| Editor Delivery Events | Status | Timestamp |
|---|---|---|

| Agent Delivery Events | Status | Timestamp |
|---|---|---|

| Intermediary Delivery Events | Status | Timestamp |
|---|---|---|

| Certified Delivery Events | Status | Timestamp |
|---|---|---|

| Carbon Copy Events | Status | Timestamp |
|---|---|---|
| Breana Estrada<br>bestrada@fontanaca.gov<br>Security Level: Email, Account Authentication (None)<br>Electronic Record and Signature Disclosure:<br>  Not Offered via DocuSign | **COPIED** | Sent: 11/9/2023 \| 07:47 AM |
| Jason Barber<br>jbarber@fontanaca.gov<br>Security Level: Email, Account Authentication (None)<br>Electronic Record and Signature Disclosure:<br>  Not Offered via DocuSign | **COPIED** | Sent: 11/9/2023 \| 07:47 AM<br>Viewed: 11/9/2023 \| 07:53 AM |
| Kathy Kasinger<br>kkasinger@fontana.org<br>Records Coordinator<br>Security Level: Email, Account Authentication (None)<br>Electronic Record and Signature Disclosure:<br>  Accepted: 6/26/2023 \| 12:01 PM<br>  ID: 313ff663-c622-41d0-ac8d-292f7d782a66 | **COPIED** | Sent: 11/9/2023 \| 07:47 AM<br>Viewed: 12/5/2023 \| 07:35 AM |
| Steve<br>smcguffey@fontana.org<br>copy template to test value field<br>Security Level: Email, Account Authentication (None)<br>Electronic Record and Signature Disclosure:<br>  Accepted: 10/19/2023 \| 10:42 AM<br>  ID: 3c1e346a-91cc-4139-80b6-d94e1a616e3f | **COPIED** | Sent: 11/9/2023 \| 07:47 AM |

| Witness Events | Signature | Timestamp |
|---|---|---|

| Notary Events | Signature | Timestamp |
|---|---|---|

| Envelope Summary Events | Status | Timestamps |
|---|---|---|

EXHIBIT 2 - PAGE 90

**Envelope Summary Events**

| Envelope Summary Events | Status | Timestamps |
|---|---|---|
| Envelope Sent | Hashed/Encrypted | 11/2/2023 \| 10:40 AM |
| Certified Delivered | Security Checked | 11/9/2023 \| 07:47 AM |
| Signing Complete | Security Checked | 11/9/2023 \| 07:47 AM |
| Completed | Security Checked | 11/9/2023 \| 07:47 AM |

| Payment Events | Status | Timestamps |
|---|---|---|

**Electronic Record and Signature Disclosure**

EXHIBIT 2 - PAGE 91

Electronic Record and Signature Disclosure created on: 2/2/2017 | 06:54 PM
Parties agreed to: Kevin Duggan, Jeffrey Baughman, Phillip Burum, Ruben Duran, Rakesha L. Voss, Jessica Brown, Matthew C. Ballantyne, Germaine Key, Kathy Ka

## ELECTRONIC RECORD AND SIGNATURE DISCLOSURE

From time to time, City of Fontana (we, us or Company) may be required by law to provide to you certain written notices or disclosures. Described below are the terms and conditions for providing to you such notices and disclosures electronically through your DocuSign, Inc. (DocuSign) Express user account. Please read the information below carefully and thoroughly, and if you can access this information electronically to your satisfaction and agree to these terms and conditions, please confirm your agreement by clicking the 'I agree' button at the bottom of this document.

### Getting paper copies

At any time, you may request from us a paper copy of any record provided or made available electronically to you by us. For such copies, as long as you are an authorized user of the DocuSign system you will have the ability to download and print any documents we send to you through your DocuSign user account for a limited period of time (usually 30 days) after such documents are first sent to you. After such time, if you wish for us to send you paper copies of any such documents from our office to you, you will be charged a $0.00 per-page fee. You may request delivery of such paper copies from us by following the procedure described below.

### Withdrawing your consent

If you decide to receive notices and disclosures from us electronically, you may at any time change your mind and tell us that thereafter you want to receive required notices and disclosures only in paper format. How you must inform us of your decision to receive future notices and disclosure in paper format and withdraw your consent to receive notices and disclosures electronically is described below.

### Consequences of changing your mind

If you elect to receive required notices and disclosures only in paper format, it will slow the speed at which we can complete certain steps in transactions with you and delivering services to you because we will need first to send the required notices or disclosures to you in paper format, and then wait until we receive back from you your acknowledgment of your receipt of such paper notices or disclosures. To indicate to us that you are changing your mind, you must withdraw your consent using the DocuSign 'Withdraw Consent' form on the signing page of your DocuSign account. This will indicate to us that you have withdrawn your consent to receive required notices and disclosures electronically from us and you will no longer be able to use your DocuSign Express user account to receive required notices and consents electronically from us or to sign electronically documents from us.

### All notices and disclosures will be sent to you electronically

Unless you tell us otherwise in accordance with the procedures described herein, we will provide electronically to you through your DocuSign user account all required notices, disclosures, authorizations, acknowledgements, and other documents that are required to be provided or made available to you during the course of our relationship with you. To reduce the chance of you inadvertently not receiving any notice or disclosure, we prefer to provide all of the required notices and disclosures to you by the same method and to the same address that you have given us. Thus, you can receive all the disclosures and notices electronically or in paper format through the paper mail delivery system. If you do not agree with this process, please let us know as described below. Please also see the paragraph immediately above that describes the consequences of your electing not to receive delivery of the notices and disclosures electronically from us.

EXHIBIT 2 - PAGE 92

**How to contact City of Fontana:**

You may contact us to let us know of your changes as to how we may contact you electronically, to request paper copies of certain information from us, and to withdraw your prior consent to receive notices and disclosures electronically as follows:

To contact us by email send messages to: ctejeda@fontana.org

**To advise City of Fontana of your new e-mail address**

To let us know of a change in your e-mail address where we should send notices and disclosures electronically to you, you must send an email message to us at ctejeda@fontana.org and in the body of such request you must state: your previous e-mail address, your new e-mail address. We do not require any other information from you to change your email address..

In addition, you must notify DocuSign, Inc to arrange for your new email address to be reflected in your DocuSign account by following the process for changing e-mail in DocuSign.

**To request paper copies from City of Fontana**

To request delivery from us of paper copies of the notices and disclosures previously provided by us to you electronically, you must send us an e-mail ctejeda@fontana.org and in the body of such request you must state your e-mail address, full name, US Postal address, and telephone number. We will bill you for any fees at that time, if any.

**To withdraw your consent with City of Fontana**

To inform us that you no longer want to receive future notices and disclosures in electronic format you may:

> i. decline to sign a document from within your DocuSign account, and on the subsequent page, select the check-box indicating you wish to withdraw your consent, or you may;
> ii. send us an e-mail to ctejeda@fontana.org and in the body of such request you must state your e-mail, full name, IS Postal Address, telephone number, and account number. We do not need any other information from you to withdraw consent.. The consequences of your withdrawing consent for online documents will be that transactions may take a longer time to process..

**Required hardware and software**

| Operating Systems: | Windows2000? or WindowsXP? |
|---|---|
| Browsers (for SENDERS): | Internet Explorer 6.0? or above |
| Browsers (for SIGNERS): | Internet Explorer 6.0?, Mozilla FireFox 1.0, NetScape 7.2 (or above) |
| Email: | Access to a valid email account |
| Screen Resolution: | 800 x 600 minimum |
| Enabled Security Settings: | •Allow per session cookies<br><br>•Users accessing the internet behind a Proxy Server must enable HTTP 1.1 settings via proxy connection |

\*\* These minimum requirements are subject to change. If these requirements change, we will provide you with an email message at the email address we have on file for you at that time providing you with the revised hardware and software requirements, at which time you will have the right to withdraw your consent.

EXHIBIT 2 - PAGE 93

**Acknowledging your access and consent to receive materials electronically**

To confirm to us that you can access this information electronically, which will be similar to other electronic notices and disclosures that we will provide to you, please verify that you were able to read this electronic disclosure and that you also were able to print on paper or electronically save this page for your future reference and access or that you were able to e-mail this disclosure and consent to an address where you will be able to print on paper or save it for your future reference and access. Further, if you consent to receiving notices and disclosures exclusively in electronic format on the terms and conditions described above, please let us know by clicking the 'I agree' button below.

By checking the 'I Agree' box, I confirm that:

- I can access and read this Electronic CONSENT TO ELECTRONIC RECEIPT OF ELECTRONIC RECORD AND SIGNATURE DISCLOSURES document; and

- I can print on paper the disclosure or save or send the disclosure to a place where I can print it, for future reference and access; and

- Until or unless I notify City of Fontana as described above, I consent to receive from exclusively through electronic means all notices, disclosures, authorizations, acknowledgements, and other documents that are required to be provided or made available to me by  City of Fontana during the course of my relationship with you.

EXHIBIT 2 - PAGE 94