HANSON BRIDGETT LLP
ALEXANDRA V. ATENCIO, SBN 227251
aatencio@hansonbridgett.com
HUONG (JENNY) V. DAO, SBN 342102
jdao@hansonbridgett.com
425 Market Street, 26th Floor
San Francisco, California 94105
Telephone: (415) 777-3200
Facsimile: (415) 5541-9366

Attorneys for Defendants
4LEAF, INC., CRAIG TOLE and PETE ROQUE

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| INLAND COALITION FOR IMMIGRANT JUSTICE,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF FONTANA, CITY COUNCIL OF FONTANA, MAYOR ACQUANETTA WARREN, PHILLIP BURUM, FONTANA CODE COMPLIANCE DEPARTMENT, 4LEAF, INC., CRAIG TOLE, PETE ROQUE,<br><br>Defendants. | Case No. 5:25-cv-2092-SSS-SPx<br><br>**ORDER TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT** |

1  Based upon the Stipulation entered into by and between Plaintiff Inland
2  Coalition for Immigrant Justice ("Plaintiff") and Defendants 4Leaf, Inc., Craig Tole,
3  and Pete Roque (the "4Leaf Defendants"), filed concurrently herewith, and for good
4  cause appearing therefor,
5      IT IS HEREBY ORDERED that:
6      The deadline for the 4Leaf Defendants (4Leaf, Inc., Craig Tole, and Pete
7  Roque) to answer, move, or otherwise respond to Plaintiff's First Amended
8  Complaint is extended from October 23, 2025 to November 4, 2025.
9      IT IS SO ORDERED.
10 DATED: October 27, 2025

_____
HON. JUDGE SUNSHINE SUZANNE SYKES
United States District Judge