UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | 5:25-cv-02092-SSS-SPx | Date | January 9, 2026 |
| Title | *Inland Coalition for Immigrant Justice v. City Counsel of Fontana et al* | | |

Present: The Honorable   SUNSHINE S. SYKES, UNITED STATES DISTRICT JUDGE

| Irene Vazquez | RS-CS-2 |
|---|---|
| Deputy Clerk | Court Reporter |

Attorney(s) Present for Plaintiff(s):
Jacob Maddox
Matthew Thomas Heartney

Attorney(s) Present for Defendant(s):
Stephen Gerard Larson
Alexandra V. Atencio

**Proceedings:   DEFENDANT CITY OF FONTANA'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT [DKT. NO. 41]; 4LEAF INC. DEFENDANTS' MOTION TO DISMISS [DKT. NO. 45]**

Counsel state their appearances. The Court confers with counsel and hears oral argument. The Court takes the motions under submission.

**IT IS SO ORDERED.**

Time: 00:50
Initials of Preparer: iva