UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
OFFICE OF THE CLERK
255 EAST TEMPLE STREET, ROOM 180
LOS ANGELES, CALIFORNIA 90012

OFFICIAL BUSINESS

quadient
FIRST-CLASS MAIL
IMI
$001.90
01/21/2026 ZIP 90012
043M31263156
US POSTAGE

5:25CV02092-SSS-SP

RECEIVED
CLERK, U.S. DISTRICT COURT
JAN 23 2026
CENTRAL DISTRICT OF CALIFORNIA
BY
DEPUTY

FILED
CLERK, U.S. DISTRICT COURT
JAN 23 2026
CENTRAL DISTRICT OF CALIFORNIA
BY
DEPUTY

EP

Case: 5:25cv2092  Doc: 53

Huong(Jenny)  Dao
Hanson Bridgett LLP
425 Market Street, 26th Floor
San Francisco, CA 94105

MIME-Version:1.0 From:cacd_ecfmail@cacd.uscourts.gov To:ecfnef@cacd.uscourts.gov Bcc:
--Paper recipients: Huong (Jenny) Dao
Hanson Bridgett LLP
425 Market Street, 26th Floor
San Francisco CA 94105
--Case Participants: Alexandra V Atencio (aatencio@hansonbridgett.com, calendarclerk@hansonbridgett.com, lmole@hansonbridgett.com), Cassidy Joan Bennett (cbennett@publiccounsel.org), Elizabeth Rose Brown (ebrown@publiccounsel.org), Jonathan Daniel Gershon (jgershon@larsonllp.com, jonathan-gershon-0760@ecf.pacerpro.com, nmorales@larsonllp.com), Matthew Thomas Heartney (ecf-3e4cd313646e@ecf.pacerpro.com, ecf-449358844a5f@ecf.pacerpro.com, edocketscalendaring@arnoldporter.com, kathryn.jensen@arnoldporter.com, maocdca@arnoldporter.com, matthew.heartney@arnoldporter.com, vicky.moreno@arnoldporter.com), Stephen Gerard Larson (cford@larsonllp.com, nmorales@larsonllp.com, ntatiboit@larsonllp.com, slarson@larsonllp.com, ygutierrez@larsonllp.com), Jacob Maddox (jford@publiccounsel.org), Ritu Mahajan (jford@publiccounsel.org, rmahajan@publiccounsel.org), Jonathan E Phillips (jphillips@larsonllp.com, ygutierrez@larsonllp.com), Dania Qahoush (dania.qahoush@arnoldporter.com), Daniel Stephen Shimell (daniel.shimell@arnoldporter.com), Sophia Louise Wrench (swrench@publiccounsel.org), Magistrate Judge Sheri Pym (carolyn_wu@cacd.uscourts.gov, crd_pym@cacd.uscourts.gov, jared_smith@cacd.uscourts.gov, sheri_pym@cacd.uscourts.gov), Judge Sunshine Suzanne Sykes (crd_sykes@cacd.uscourts.gov)
--Non Case Participants: Valerie Diana Escalante Troesh (vescalantetroesh@civicalaw.com), Sean Edward Morrissey (jgarcia@civicalaw.com, smorrissey@civicalaw.com), Matthew Raymond Silver (msilver@civicalaw.com)
--No Notice Sent:
Message-Id:<41705271@cacd.uscourts.gov>Subject:Activity in Case 5:25-cv-02092-SSS-SP Inland Coalition for Immigrant Justice v. City Counsel of Fontana et al Order on Motion to Dismiss Case
Content-Type: text/html

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
*****NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**Notice of Electronic Filing**

The following transaction was entered on 1/13/2026 at 12:54 PM PST and filed on 1/9/2026

**Case Name:** Inland Coalition for Immigrant Justice v. City Counsel of Fontana et al

**Case Number:** 5:25-cv-02092-SSS-SP

**Filer:**

**Document Number:** 53

**Docket Text:**
**MINUTES OF Motion Hearing held before Judge Sunshine Suzanne Sykes: DEFENDANT CITY OF FONTANA'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT [DKT. NO. 41]; 4LEAF INC. DEFENDANTS' MOTION TO DISMISS [DKT. NO. 45]. The Court takes the motions under submission [41], [45]. Court Reporter: RS-CS-2. (twdb)**

**5:25-cv-02092-SSS-SP Notice has been electronically mailed to:**
Alexandra V Atencio aatencio@hansonbridgett.com, calendarclerk@hansonbridgett.com, lmole@hansonbridgett.com
Elizabeth Rose Brown ebrown@publiccounsel.org
Matthew Thomas Heartney edocketscalendaring@arnoldporter.com, matthew.heartney@arnoldporter.com, vicky.moreno@arnoldporter.com, ecf-449358844a5f@ecf.pacerpro.com, kathryn.jensen@arnoldporter.com, ecf-3e4cd313646e@ecf.pacerpro.com, maocdca@arnoldporter.com
Jacob Maddox jford@publiccounsel.org
Jonathan Daniel Gershon jgershon@larsonllp.com, nmorales@larsonllp.com, jonathan-gershon-0760@ecf.pacerpro.com
Dania Qahoush dania.qahoush@arnoldporter.com
Jonathan E Phillips jphillips@larsonllp.com, ygutierrez@larsonllp.com
Ritu Mahajan rmahajan@publiccounsel.org, jford@publiccounsel.org
Daniel Stephen Shimell daniel.shimell@arnoldporter.com
Cassidy Joan Bennett cbennett@publiccounsel.org
Sophia Louise Wrench swrench@publiccounsel.org
Stephen Gerard Larson slarson@larsonllp.com, ygutierrez@larsonllp.com, cford@larsonllp.com, nmorales@larsonllp.com, ntatiboit@larsonllp.com

**5:25-cv-02092-SSS-SP Notice has been delivered by First Class U. S. Mail or by other means BY THE FILER to :**
Huong (Jenny) Dao
Hanson Bridgett LLP
425 Market Street, 26th Floor
San Francisco CA 94105