Matthew T. Heartney (SBN 123516)
matthew.heartney@arnoldporter.com
Daniel Shimell (SBN 300931)
daniel.shimell@arnoldporter.com
Dania Qahoush (SBN 335202)
dania.qahoush@arnoldporter.com
ARNOLD & PORTER KAYE SCHOLER LLP
777 South Figueroa Street, 44th Floor
Los Angeles, CA 90017-5844
Telephone: 213.243.4000

Ritu Mahajan (SBN 252970)
rmahajan@publiccounsel.org
Sophia L. Wrench (SBN 354416)
swrench@publiccounsel.org
Cassidy J. Bennett (SBN 347811)
cbennett@publiccounsel.org
Elizabeth R. Brown (SBN 360601)
ebrown@pubclicounsel.org
Jacob Maddox (SBN 354368)
jmaddox@publiccounsel.org
PUBLIC COUNSEL
610 South Ardmore
Los Angeles, CA 90005
Telephone: 213.385.2977

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INLAND COALITION FOR IMMIGRANT JUSTICE,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF FONTANA, CITY COUNCIL OF FONTANA, MAYOR ACQUANETTA WARREN, PHILIP BURUM, FONTANA CODE COMPLIANCE DEPARTMENT, 4LEAF, INC., CRAIG TOLE, PETE ROQUE,<br><br>Defendants. | Case No. 5:25-cv-2092-SSS-SPx<br><br>Assigned to: Hon. Sunshine S. Sykes<br>Magistrate Judge: Hon. Sheri Pym<br><br>**ORDER GRANTING JOINT STIPULATION TO EXTEND TIME FOR FILING OF SECOND AMENDED COMPLAINT**<br><br>[*Filed concurrently with Stipulation*]<br><br>**NOTE CHANGES MADE BY COURT** |

ORDER GRANTING JOINT STIPULATION FOR FILING OF SECOND AMENDED COMPLAINT

Pursuant to the Parties' Joint Stipulation to Extend Time to File the Second Amended Complaint (the "Stipulation") and good cause appearing therefore, IT IS ORDERED THAT Plaintiff must file any Second Amended Complaint on or before February 13, 2026.

Plaintiff is also ORDERED to email a red-lined version of the amended complaint to SSS_chambers@cacd.uscourts.gov on the date it is filed. If an amended complaint is filed, Defendants must either file a motion to dismiss or responsive pleading within 14 days after being served with the amended complaint.

IT IS SO ORDERED.

Dated: January 29, 2026

Hon. Sunshine S. Sykes
U.S. District Judge