MATTHEW T. HEARTNEY (Bar No. 123516)
matthew.heartney@arnoldporter.com
DANIEL SHIMELL (Bar No. 300931)
daniel.shimell@arnoldporter.com
KATHRYN CAMPBELL (Bar No. 350536)
katie.campbell@arnoldporter.com
DANIA QAHOUSH (Bar No. 335202)*
dania.qahoush@arnoldporter.com
**ARNOLD & PORTER KAYE SCHOLER LLP**
777 South Figueroa Street, 44th Floor
Los Angeles, CA 90017-5844
Telephone: 213.243.4000
*C.D. Cal Admission Pending*

*Attorneys for Plaintiffs*
Additional Counsel Listed on Following Page

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA EASTERN DIVISION

| | |
|---|---|
| A.M., A.P., L.C., and INLAND COALITION FOR IMMIGRANT JUSTICE,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF FONTANA and 4LEAF, INC.,<br><br>Defendants. | Case No. 5:25-CV-2092-SSS-SP<br><br>**STIPULATION RE: PARTIAL DISMISSAL OF CERTAIN CLAIMS AND DEADLINE TO FILE ANSWER OR RESPONSIVE PLEADING TO SECOND AMENDED COMPLAINT** |

RITU MAHAJAN (Bar No. 252970)
rmahajan@publiccounsel.org
MARK ROSENBAUM (Bar No. 59940)
mrosenbaum@publiccounsel.org
SYLVIA TORRES-GUILLEN (Bar No. 164835)
storres-guillen@publiccounsel.org
AMANDA ROMAN MANGASER SAVAGE (Bar No. 325996)
asavage@publiccousnel.org
BRITTNEE BUI (Bar No. 333372)
bbui@publiccounsel.org
CASSIDY J. BENNETT (Bar No. 347811)
cbennett@publiccounsel.org
ELIZABETH R. BROWN (Bar No. 360601)
ebrown@pubclicounsel.org
JACOB MADDOX (Bar No. 354368)
jmaddox@publiccounsel.org
**PUBLIC COUNSEL**
610 South Ardmore
Los Angeles, CA 90005
Telephone: 213.385.2977


*Attorneys for Plaintiffs*

1

**IT IS HEREBY STIPULATED** that Plaintiffs A.M., A.P., L.C., and Inland Coalition for Immigrant Justice (collectively, "Plaintiffs") and Defendants City of Fontana and 4LEAF, Inc. (collectively, "Defendants") agree to the following:

1) Plaintiff Inland Coalition for Immigrant Justice hereby voluntarily dismisses without prejudice its Ninth Cause of Action (Violation of Bane Civil Rights Act, Cal. Civ. Code § 52.1) against Defendants. This dismissal does not apply to, and Plaintiffs A.M., A.P., and L.C. expressly reserve, A.M., A.P., and L.C.'s Ninth Cause of Action against Defendants.

2) Plaintiffs hereby voluntarily dismiss without prejudice their Seventh Cause of Action (Preemption by State Law) as to Fontana Municipal Code § 15-820(b) (LiveScan Background Check) against Defendant City of Fontana as this specific provision has been removed from the City of Fontana's Municipal Code. This dismissal does not apply to, and Plaintiffs expressly reserve, their Seventh Cause of Action as to all other challenged provisions.

3) The Parties hereby agree that the deadline for Defendants to file an Answer or responsive pleading, which is currently June 19, 2026, be continued to June 22, 2026 in observance of Juneteenth.

Date:  June 17, 2026                    Respectfully submitted,

**ARNOLD & PORTER KAYE SCHOLER LLP**

**By:**    s/ Matthew T. Heartney

Matthew T.  Heartney (SBN 123516)
Daniel Shimell (SBN 300931)
Kathryn Campbell (SBN 350536)
Dania Qahoush (SBN 335202)*
*C.D. Cal Admission Pending*

2

**PUBLIC COUNSEL**

By:    s/ Ritu Mahajan

Ritu Mahajan
Mark Rosenbaum
Sylvia Torres-Guillén
Amanda Roman Mangaser Savage
Brittnee Bui
Cassidy J.  Bennett
Elizabeth R.  Brown
Jacob Maddox

Attorneys for Plaintiffs

**LARSON LLP**

By:    s/ Stephen G. Larson

Stephen G. Larson
Jonahtan E. Phillips
Jonathan Gershon

Attorneys for Defendant CITY OF FONTANA

**MURPHY, PEARSON, BRADLEY & FEENEY**

By:    s/ Christopher R. Ulrich

Christopher R. Ulrich

Attorneys for Defendant 4LEAF, INC.

3