MATTHEW T. HEARTNEY (Bar No. 123516)
matthew.heartney@arnoldporter.com
DANIEL SHIMELL (Bar No. 300931)
daniel.shimell@arnoldporter.com
KATHRYN CAMPBELL (Bar No. 350536)
katie.campbell@arnoldporter.com
DANIA QAHOUSH (Bar No. 335202)*
dania.qahoush@arnoldporter.com
**ARNOLD & PORTER KAYE SCHOLER LLP**
777 South Figueroa Street, 44th Floor
Los Angeles, CA 90017-5844
Telephone: 213.243.4000
*C.D. Cal Admission Pending*

*Attorneys for Plaintiffs*
Additional Counsel Listed on Following Page

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA EASTERN DIVISION

| | |
|---|---|
| A.M., A.P., L.C., and INLAND COALITION FOR IMMIGRANT JUSTICE, <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF FONTANA and 4LEAF, INC., <br><br> Defendants. | Case No. 5:25-CV-2092-SSS-SPx <br><br> **ORDER GRANTING STIPULATION RE: PARTIAL DISMISSAL OF CERTAIN CLAIMS AND DEADLINE TO FILE ANSWER OR RESPONSIVE PLEADING TO SECOND AMENDED COMPLAINT** |

RITU MAHAJAN (Bar No. 252970)
rmahajan@publiccounsel.org
MARK ROSENBAUM (Bar No. 59940)
mrosenbaum@publiccounsel.org
SYLVIA TORRES-GUILLEN (Bar No. 164835)
storres-guillen@publiccounsel.org
AMANDA ROMAN MANGASER SAVAGE (Bar No. 325996)
asavage@publiccousnel.org
BRITTNEE BUI (Bar No. 333372)
bbui@publiccounsel.org
CASSIDY J. BENNETT (Bar No. 347811)
cbennett@publiccounsel.org
ELIZABETH R. BROWN (Bar No. 360601)
ebrown@pubclicounsel.org
JACOB MADDOX (Bar No. 354368)
jmaddox@publiccounsel.org
**PUBLIC COUNSEL**
610 South Ardmore
Los Angeles, CA 90005
Telephone: 213.385.2977


*Attorneys for Plaintiffs*

1

ORDER GRANTING STIPULATION RE: PARTIAL DISMISSAL OF CERTAIN CLAIMS AND DEADLINE TO FILE
ANSWER OR RESPONSIVE PLEADING TO SECOND AMENDED COMPLAINT

Pursuant to the Parties' Stipulation Re: Partial Dismissal of Certain Claims and Deadline to File Answer or Responsive Pleading to Second Amended Complaint (the "Stipulation") and good cause appearing therefore, IT IS ORDERED THAT:

1.    Plaintiff Inland Coalition for Immigrant Justice's Ninth Cause of Action (Violation of Bane Civil Rights Act, Cal. Civ. Code § 52.1) against Defendants City of Fontana and 4LEAF, Inc. is dismissed without prejudice. This dismissal does not apply to Plaintiffs A.M., A.P., and L.C.'s Ninth Cause of Action against Defendants City of Fontana and 4LEAF, Inc.

2.    Plaintiffs Inland Coalition for Immigrant Justice, A.M., A.P., and L.C.'s Seventh Cause of Action (Preemption by State Law) as to Fontana Municipal Code § 15-820(b) (LiveScan Background Check) against Defendant City of Fontana is dismissed without prejudice. This dismissal does not apply to Plaintiffs' Seventh Cause of Action as to any other challenged provisions.

3.    The deadline for Defendants to file an Answer or responsive pleading, which was previously June 19, 2026, shall be continued to June 22, 2026 in observance of Juneteenth.

**IT IS SO ORDERED.**

Date: June 23, 2026

By: _____

Hon. Sunshine S. Sykes
U.S. District Judge

2

ORDER GRANTING STIPULATION RE: PARTIAL DISMISSAL OF CERTAIN CLAIMS AND DEADLINE TO FILE
ANSWER OR RESPONSIVE PLEADING TO SECOND AMENDED COMPLAINT