RITU MAHAJAN (SBN 252970)
*rmahajan@publiccounsel.org*
MARK ROSENBAUM (SBN 59940)
*mrosenbaum@publiccounsel.org*
AMANDA MANGASER SAVAGE (SBN 325996)
*asavage@publiccounsel.org*
**PUBLIC COUNSEL**
610 South Ardmore Ave.
Los Angeles, CA 90005
Telephone: 213.385.2977

ARIANA E FULLER (SBN 301797)
*afuller@kslaw.com*
JEANNE A. FUGATE (SBN 236341)
*jfugate@kslaw.com*
**KING & SPALDING LLP**
633 West Fifth Street, Suite 1600
Los Angeles, CA 90071
Telephone: 213.443.4355

MATTHEW T. HEARTNEY (SBN 123516)
*matthew.heartney@arnoldporter.com*
DANIEL SHIMELL (SBN 300931)
*daniel.shimell@arnoldporter.com*
**ARNOLD & PORTER LLP**
777 South Figueroa Street, 44th Floor
Los Angeles, CA 90017-5844
Telephone: 213.243.4000

*Attorneys for Plaintiffs A.M., A.P., L.C., and*
*Inland Coalition for Immigrant Justice*

## UNITED STATES DISTRICT COURT FOR THE

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.M., A.P., L.C., and INLAND COALITION FOR IMMIGRANT JUSTICE, <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF FONTANA and 4LEAF, INC., <br><br> Defendants. | Case No. 5:25-CV-2092-SS-SP <br><br> **DECLARATION OF ARIANA FULLER IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** <br><br> Date: July 31, 2026 <br> Time: 2:00 p.m. <br> Courtroom: 2 <br><br> Hon. Sunshine S. Sykes |

Declaration of Ariana Fuller in support of Plaintiffs Motion for Preliminary Injunction

I, Ariana Fuller, declare as follows:

1.      I am a member of the California State Bar and the bar of this court, partner in the law firm of King & Spalding LLP, and counsel of record for Plaintiffs A.M., A.P., L.C., and Inland Coalition for Immigrant Justice ("Plaintiffs") in the above-captioned action. I submit this Declaration in support of Plaintiffs' Motion for Preliminary Injunction and concurrently filed Request for Judicial Notice. The matters set forth in this declaration are based upon my personal knowledge.

2.      Attached hereto as **Exhibit A** is a true and correct copy of City of Fontana Ordinance No. 1789, adopted on February 12, 2019, which I downloaded on July 1, 2026 from the City of Fontana Municipal Code website, available at https://library.municode.com/ca/fontana/ordinances/code_of_ordinances?nodeId=944172

3.      Attached hereto as **Exhibit B** is a true and correct copy of City of Fontana Ordinance No. 1925, enacted in October 2023, which I downloaded on July 1, 2026 from the City of Fontana Municipal Code website, available at https://library.municode.com/ca/fontana/ordinances/code_of_ordinances?nodeId=1254152.

4.      Attached hereto as **Exhibit C** is a true and correct copy of Stats.2018, c. 459 (S.B. 946), eff. Jan. 1, 2019, which I downloaded on July 1, 2026 from the California State Legislature website, available at https://leginfo.legislature.ca.gov/faces/billTextClient.xhtml?bill_id=201720180SB946.

5.      Attached hereto as **Exhibit D** is a true and correct copy of Stats. 2022, ch. 489 (S.B. 972), § 4, effective January 1, 2023, which I downloaded on July 1, 2026 from the California State Legislature website, available at https://leginfo.legislature.ca.gov/faces/billNavClient.xhtml?bill_id=202120220SB972.

6.      Attached hereto as **Exhibit E** is a true and correct copy of Professional Services Agreement, Contract No. BS-24-5-SP-1, between the City of Fontana and 4LEAF, Inc., dated November 14, 2023, which counsel for Plaintiffs received in response to a Public Records Act request.

DECLARATION OF ARIANA FULLER IN SUPPORT OF PLAINTIFFS MOTION FOR PRELIMINARY INJUNCTION

7.      Pursuant to Judge Sykes' Standing Order, I confirmed the July 31, 2026 hearing date for Plaintiffs' Motion for Preliminary Injunction in advance of filing. Attached hereto as **Exhibit F** is a true and correct copy of the Court's confirmation that a July 31st hearing date has been reserved for Plaintiffs' Motion for Preliminary Injunction.

8.      To date, Plaintiffs have made diligent efforts to advance this action and commence discovery. Defendants' successive motions to dismiss have delayed this case beyond Plaintiffs' expectations and have prevented Plaintiffs from conducting discovery or otherwise moving the case forward. On June 3, 2026, during a meet and confer call following the Court's denial of Defendants' second round of motions to dismiss, Plaintiffs' counsel asked Defendants' respective counsel to schedule and participate in the conference required by Federal Rule of Civil Procedure 26(f) so that the parties could commence discovery. Following the call, on June 5, 2026, counsel for the City indicated by email that "the City continues to believe it is premature to hold a Rule 26(f) conference" and declined to participate in the conference. Attached hereto as **Exhibit G** is a true and correct copy of that correspondence. Because Defendants have refused to participate in the required Rule 26(f) conference, Plaintiffs have been unable to advance this case, thus contributing to the urgent need to file the instant motion.

I declare, under penalty of perjury and pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct on this 1st day of July 2026, at Los Angeles, California.

_____
Ariana E. Fuller

3

DECLARATION OF ARIANA FULLER IN SUPPORT OF PLAINTIFFS MOTION FOR PRELIMINARY INJUNCTION