# EXHIBIT B

ORDINANCE NO. 1925

AN ORDINANCE OF THE CITY COUNCIL OF THE CITY OF FONTANA, COUNTY OF SAN BERNARDINO, CALIFORNIA, ADDING FONTANA MUNICIPAL CODE SECTIONS 1-14 (ENFORCEMENT OBSTRUCTION CONSEQUENCES) AND 15-829 (IMPOUNDMENT) TO HELP PROTECT THE CITY'S COMMUNITY BY MORE EFFECTIVELY REGULATING SALE OF FOOD, GOODS, AND MERCHANDISE CREATING A HEALTH AND SAFETY DANGER

**WHEREAS,** California Constitution, article XI, section 7, authorizes the City of Fontana ("City") to adopt and enforce local police, sanitary, and other ordinances and regulations that are not in conflict with the general laws.

**WHEREAS,** Senate Bill number 946, including Government Code section 51038, authorizes the City to regulate sidewalk vending to help protect public health and safety.

**WHEREAS,** The City has previously adopted Fontana Municipal Code ("FMC") chapter 15, article XVII [Sidewalk Vending] to regulate sidewalk vending within the City.

**WHEREAS,** The City now desires to add FMC sections 1-14 [Enforcement Obstruction Consequences] and 15-829 [Impoundment] to help protect the City's community by more effectively regulating sale of food, goods, and merchandise creating a health and safety danger.

NOW, THEREFORE, THE CITY COUNCIL OF THE CITY OF FONTANA DOES ORDAIN AS FOLLOWS:

**Section 1.** The above recitals are true and correct and are incorporated herein.

**Section 2.** FMC section 1-14 (Enforcement Obstruction Consequences) is hereby added, and is to read in its entirety as follows:

### 1-14 Enforcement Obstruction Consequences

It shall be unlawful for any person to obstruct, impede, threaten, follow, intimidate, or interfere in any way with any City official including a code compliance officer or inspector, police officer, firefighter, or other officers or employees of this City engaged in the performance of their respective duties, job description, and/or enforcement authority as provided in the Fontana Municipal Code. Such person shall be guilty of a misdemeanor and, upon conviction thereof, unless provision is otherwise herein made by any other applicable State law, shall be subject to a fine of not more than $1,000 or by imprisonment in the County Jail for a period of not more than six months, or by both fine and imprisonment.

Page 1 of

EXHIBIT B

36

DocuSign Envelope ID: B21E8674-C937-4A65-81B4-398AE6189B43

Ordinance No. 1925

**Section 3.** FMC section 15-829 (Impoundment) is hereby added, and is to read in its entirety as follows:

**15-829 Impoundment**

(a)    "Impound" means to seize or take custody of a sidewalk vending cart, equipment, food, utensils, goods, flowers, toys, furniture, or merchandise (collectively "Items") because of a violation of any applicable law or regulation.

(b)    **Impoundment Authorization.** Any City official, including a code compliance officer or inspector, police officer, firefighter, fire prevention specialist, or examiner may impound a Sidewalk Vendor's vending cart, equipment, food, utensils, goods, flowers, toys, furniture, or merchandise (collectively "Items") used in violation of this Article pursuant to the provisions of Section 2080.10 of the California Civil Code, Section 114393 of the California Health and Safety Code, and/or any other applicable City, County, or State law for any of the following reasons:

(1)    Food displayed, offered, or made available for sale, including equipment or utensils used by a Sidewalk Vendor, without holding a valid and displayed Health Permit from the San Bernardino County Health Department in violation of County or State law.

(2)    Items reasonably appear to be unattended or abandoned on public or private property for more than thirty 30 consecutive minutes without moving from the exact spot it was located and reasonable attempts were made to locate the owner or responsible person(s) within the first fifty 50 feet of the Items.

(3)    Items displayed, offered, or made available for sale by a Sidewalk Vendor who does not possess a valid applicable Sidewalk Vending Permit and a City Business License.

(4)    Items displayed, offered, or made available for sale by a Sidewalk Vendor who operates in violation of this Article; and refuses or fails to provide identification.

(5)    Operation in violation of this Article and refusal or failure by a Sidewalk Vendor to remove items from public or private property within 30 consecutive minutes after being instructed to do so by a City official.

(6)    Items displayed, offered, or made available for sale by a Sidewalk Vendor who vends in a manner that blocks or obstructs the free movement of pedestrians on sidewalks and fails to maintain a

EXHIBIT B

37

Ordinance No. 1925

minimum of forty-eight inches (48") of accessible path of travel, without obstruction, along the sidewalk upon which the vendor is vending so as to enable persons to freely pass while walking, running, or using mobility assistance devices, and/or in violation of the Federal Americans with Disabilities Act of 1990 (Public Law 101-336) and other disability access standards.

(7)    Items displayed, offered, or made available for sale in violation of any applicable federal, State, County, or City laws, ordinances, and regulations, including, but not limited to, illegal or counterfeit merchandise, alcohol, tobacco, cannabis, smoke or vaping products, adult-oriented material, live animals, weapons, and/or pharmaceuticals.

(8)    Items creating an imminent and substantial danger or environmental hazard to the health, safety, or general welfare of the public or property at the location of the vending cart such as, but not limited to, discharge of oil, grease, or other slippery substances on the street or sidewalk without any effort to maintain best management practices; using unapproved portable cooking equipment, heating element, gas-fueled appliance, generator, or any open flame; during an urgent or emergency public safety event or incident; lack of a fire extinguisher; using any luminaire, flashing lights, or any other animated devices or sign; or using, operating, or permitting any radio, loudspeaker, or other machine or device for the producing or reproducing of sound.

(9)    Items displayed, offered, or made available for sale by a Sidewalk Vendor who has, within a 24-month period, been issued three or more administrative citations for violations of this Article.

(10)   Items impounded as evidence of a crime or booked as property after an arrest of any Sidewalk Vendor involving any City, County, State, or federal law or regulation excluding this Article. Such Items shall be stored and released in accordance with the procedures set forth in the California Penal Code and any other applicable State law.

(c)    **Forfeiture Impoundment Authorization For Repeat Offenders.** The City may immediately conduct a forfeiture impoundment of Items from a Sidewalk Vendor who has been found responsible for engaging in sidewalk vending activities in violation of this Article two or more times within a 24-month period (herein identified as a repeat offender) after being contacted by a City official who issued a notice of violation. An aggrieved repeat offender may appeal a City forfeiture impoundment action pursuant to the procedures set forth in this Section.

EXHIBIT B

38

Ordinance No. 1925

(d)  **Disposal Authorization.** The City may immediately dispose of impounded Items that are perishable and/or cannot be safely stored.

(e)  **Impoundment Period Of Items Held By City.** The impoundment of any Sidewalk Vendor's Items, excluding any Items that were immediately disposed of because they were perishable and/or could not be safely stored, may be held by the City for not less than 30, nor more than 60, calendars days from the date of impoundment.

(f)  **Impoundment Notification.** Upon impoundment of Items under this Section, the Director or designee shall do all the following:

(1)  Take responsibility for the storage, documentation, and disposition of the Items excluding any Items that were immediately disposed of because they were perishable and/or could not be safely stored.

(2)  Provide the person from whom the Items were taken with a receipt and instructions for the retrieval of the Items excluding any Items that were immediately disposed of because they were perishable and/or could not be safely stored. The receipt and instructions shall either be given to the person from whom the Items were taken at the time the City official obtained the Items or mailed on the next business day, by first class mail, to the person from whom the Items were taken.

(3)  If the City official has knowledge that the person from whom the Items were taken is not the owner, the Director or designee shall make reasonable efforts to identify the owner. If the owner is identified, the Director or designee shall mail, by first class mail, a receipt and instructions for the retrieval of the Items excluding any Items that were immediately disposed of because they were perishable and/or could not be safely stored.

A.  The receipt and instructions shall notify the person from whom the Items were taken that the Items must be claimed either within (A) 30 calendar days of impoundment pursuant to Section 114393 of the California Health and Safety Code and/or (B) 60 calendar days of impoundment pursuant to Section 2080.10 of the California Civil Code, and that if the Items are not claimed within the applicable time, the Items will be disposed of in accordance with the disposal provisions of this Section or any other applicable County or State law. Within the applicable 30 or 60 calendar days, the person may do one of the following.

1.  Retrieve the Items, excluding any Items that were

Page 4 of 7

Ordinance No. 1925

immediately disposed of because they were perishable and/or could not be safely stored.

2. Authorize in writing another person to retrieve the Items, excluding any Items that were immediately disposed of because they were perishable and/or could not be safely stored.

3. Notify the City in writing that they are unable to retrieve the Items because they are in custody (e.g., jail or prison) and request the City to hold the Items, excluding any Items that were immediately disposed of because they were perishable and/or could not be safely stored. If a person notifies the City that they are unable to either retrieve the Items within the applicable 30 or 60 calendar days, or have an authorized person retrieve the Items, the City shall hold the Items for not longer than 10 additional months, after which time the City may dispose of the Items in accordance with the disposal provisions of this Code or any other applicable County or State law.

B. Pursuant to State law, the City shall not be liable for damages caused by any official action performed with due care regarding the disposition of items pursuant to this Section and the disposal provisions of this Article.

(g) **Appeal Of Impoundment.** An aggrieved Sidewalk Vendor may, within 15 calendar days of the impoundment, appeal the impoundment of their Items by requesting an administrative hearing before the City Manager or the City Manager's designee pursuant to the procedures described in Section 15-826 of this Article and, if successful in their appeal, may have their Items returned, excluding any Items that were immediately disposed of because they were perishable and/or could not be safely stored and shall not be required to pay the impound fee(s). If the Sidewalk Vendor is successful on appeal, any appeal fee paid by the Sidewalk Vendor shall be refunded.

(h) **Recovery Of Impounded Items And Payment Of Impound Fees.** A Sidewalk Vendor may recover impounded Items, excluding any Items that were immediately disposed of because they were perishable and/or could not be safely stored, upon paying applicable impound fees and demonstrating proper proof of ownership of the Items.

(i) The City Council may by resolution adopt impound fees, which shall reflect the City's personnel, enforcement, investigation, storage, disposal,

EXHIBIT B

40

Ordinance No. 1925

and Impound costs.

(j)     **Unclaimed Items.** Any unclaimed Items will be considered abandoned and forfeited to the City after (A) 30 calendar days of impoundment pursuant to Section 114393 of the California Health and Safety Code and/or (B) 60 calendar days of impoundment pursuant to Section 2080.10 of the California Civil Code, or any other applicable City, County, or State law.

(k)     The Director is further authorized to develop additional regulations for the storage and release of impounded Items not in conflict with this Article.

    **Section 4.** Compliance with California Environmental Quality Act. The Fontana City Council ("City Council") finds that this Ordinance is not subject to the California Environmental Quality Act ("CEQA") pursuant to California Code of Regulations, title 14, chapter 3 ("CEQA Guidelines"), sections 15060(c)(2) (the activity will not result in a direct or reasonably foreseeable indirect physical change in the environment) and 15060(c)(3) (the activity is not a project as defined in Section 15378) because it has no potential for resulting in physical change to the environment, directly or indirectly. Further, if the activity is deemed a project, the City Council finds that this Ordinance is exempt pursuant to CEQA Guidelines section 15061(b)(3).

    **Section 5.** Severability. If any section or provision of this Ordinance is for any reason held to be invalid, unconstitutional, illegal, or unenforceable by any court of competent jurisdiction, or contravened by reason of any preemptive legislation, then such section or provision shall be severed and shall be inoperative, and the remainder of this Ordinance shall remain in full force and effect.

    **Section 6.** The Mayor shall sign and the City Clerk shall certify passage and adoption of this Ordinance, and the City Clerk shall cause the same to be published and posted pursuant to the provisions of law in this regard, and this Ordinance shall take effect 30 days after its final passage.

    **APPROVED and ADOPTED** this 24th day of October, 2023.


**READ AND APPROVED AS TO LEGAL FORM:**

*Ruben Duran*
_____
City Attorney

EXHIBIT B

41

Ordinance No. 1925

I, Germaine Key, City Clerk of the City of Fontana, and Ex-Officio Clerk of the City Council, do hereby certify that the foregoing Ordinance is the actual Ordinance introduced at a regular meeting of said City Council on the 10th day of October, 2023, and was finally passed and adopted not less than five days thereafter on the 24th day of October, 2023 by the following vote to wit:

**AYES:** Mayor Warren, Mayor Pro Tem Garcia, Council Members Cothran, Roberts and Sandoval
**NOES:** None
**ABSENT:** None
**ABSTAIN:** None

*Germaine Key*
_____
City Clerk of the City of Fontana

*Acquanetta Warren*
_____
Mayor of the City of Fontana

**ATTEST:**

*Germaine Key*
_____
City Clerk

EXHIBIT B

42

**DocuSign**

## Certificate Of Completion

Envelope Id: B21E8674C9374A6581B4398AE6189B43                                          Status: Completed
Subject: Please DocuSign: Ordinance 1925
Source Envelope:
Document Pages: 7                          Signatures: 4                               Envelope Originator:
Certificate Pages: 5                       Initials: 0                                 City Clerk
AutoNav: Enabled                                                                       8353 Sierra Avenue
EnvelopeId Stamping: Enabled                                                           Fontana, CA  92335
Time Zone: (UTC-08:00) Pacific Time (US & Canada)                                      clerks@fontana.org
                                                                                       IP Address: 192.146.186.96

## Record Tracking

Status: Original                          Holder: City Clerk                          Location: DocuSign
       11/14/2023 | 09:16 AM                     clerks@fontana.org

| Signer Events | Signature | Timestamp |
|---|---|---|
| Ruben Duran<br>ruben.duran@bbklaw.com<br>Security Level: Email, Account Authentication (None) | *Ruben Duran*<br><br>Signature Adoption: Pre-selected Style<br>Using IP Address: 74.116.243.2 | Sent: 11/14/2023 \| 09:16 AM<br>Viewed: 11/17/2023 \| 06:34 AM<br>Signed: 11/17/2023 \| 06:35 AM |
| **Electronic Record and Signature Disclosure:**<br>    Accepted: 11/17/2023 \| 06:34 AM<br>    ID: 1ffef5bf-7c3e-4ad4-8daf-3c50f4735b85 | | |
| Acquanetta Warren<br>awarren@fontana.org<br>Security Level: Email, Account Authentication (None) | *Acquanetta Warren*<br><br>Signature Adoption: Pre-selected Style<br>Using IP Address: 174.231.227.34<br>Signed using mobile | Sent: 11/17/2023 \| 06:35 AM<br>Viewed: 11/17/2023 \| 01:22 PM<br>Signed: 11/17/2023 \| 01:23 PM |
| **Electronic Record and Signature Disclosure:**<br>    Accepted: 11/17/2023 \| 01:22 PM<br>    ID: 70dbf71b-5fb7-428c-b87d-efe159ef4feb | | |
| Germaine Key<br>gkey@fontana.org<br>Security Level: Email, Account Authentication (None) | *Germaine key*<br><br>Signature Adoption: Pre-selected Style<br>Using IP Address: 174.195.138.1<br>Signed using mobile | Sent: 11/17/2023 \| 01:23 PM<br>Viewed: 11/17/2023 \| 01:38 PM<br>Signed: 11/17/2023 \| 01:38 PM |
| **Electronic Record and Signature Disclosure:**<br>    Accepted: 11/17/2023 \| 01:38 PM<br>    ID: bd6d46e7-a980-4b50-901d-34396d4c7011 | | |

| In Person Signer Events | Signature | Timestamp |
|---|---|---|

| Editor Delivery Events | Status | Timestamp |
|---|---|---|

| Agent Delivery Events | Status | Timestamp |
|---|---|---|

| Intermediary Delivery Events | Status | Timestamp |
|---|---|---|

| Certified Delivery Events | Status | Timestamp |
|---|---|---|

EXHIBIT B

43

| Carbon Copy Events | Status | Timestamp |
|---|---|---|
| Kathy Kasinger<br>kkasinger@fontana.org<br>Records Coordinator<br>Security Level: Email, Account Authentication (None) | **COPIED** | Sent: 11/17/2023 \| 01:38 PM<br>Viewed: 11/21/2023 \| 01:56 PM |

**Electronic Record and Signature Disclosure:**
    Accepted: 6/26/2023 | 12:01 PM
    ID: 313ff663-c622-41d0-ac8d-292f7d782a66

| Witness Events | Signature | Timestamp |
|---|---|---|

| Notary Events | Signature | Timestamp |
|---|---|---|

| Envelope Summary Events | Status | Timestamps |
|---|---|---|
| Envelope Sent | Hashed/Encrypted | 11/14/2023 \| 09:16 AM |
| Certified Delivered | Security Checked | 11/17/2023 \| 01:38 PM |
| Signing Complete | Security Checked | 11/17/2023 \| 01:38 PM |
| Completed | Security Checked | 11/17/2023 \| 01:38 PM |

| Payment Events | Status | Timestamps |
|---|---|---|

**Electronic Record and Signature Disclosure**

EXHIBIT B

44

Electronic Record and Signature Disclosure created on: 2/2/2017 | 06:54 AM
Parties agreed to: Ruben Duran, Acquanetta Warren, Germaine Key, Kathy Kasinger

**ELECTRONIC RECORD AND SIGNATURE DISCLOSURE**

From time to time, City of Fontana (we, us or Company) may be required by law to provide to you certain written notices or disclosures. Described below are the terms and conditions for providing to you such notices and disclosures electronically through your DocuSign, Inc. (DocuSign) Express user account. Please read the information below carefully and thoroughly, and if you can access this information electronically to your satisfaction and agree to these terms and conditions, please confirm your agreement by clicking the 'I agree' button at the bottom of this document.

**Getting paper copies**

At any time, you may request from us a paper copy of any record provided or made available electronically to you by us. For such copies, as long as you are an authorized user of the DocuSign system you will have the ability to download and print any documents we send to you through your DocuSign user account for a limited period of time (usually 30 days) after such documents are first sent to you. After such time, if you wish for us to send you paper copies of any such documents from our office to you, you will be charged a $0.00 per-page fee. You may request delivery of such paper copies from us by following the procedure described below.

**Withdrawing your consent**

If you decide to receive notices and disclosures from us electronically, you may at any time change your mind and tell us that thereafter you want to receive required notices and disclosures only in paper format. How you must inform us of your decision to receive future notices and disclosure in paper format and withdraw your consent to receive notices and disclosures electronically is described below.

**Consequences of changing your mind**

If you elect to receive required notices and disclosures only in paper format, it will slow the speed at which we can complete certain steps in transactions with you and delivering services to you because we will need first to send the required notices or disclosures to you in paper format, and then wait until we receive back from you your acknowledgment of your receipt of such paper notices or disclosures. To indicate to us that you are changing your mind, you must withdraw your consent using the DocuSign 'Withdraw Consent' form on the signing page of your DocuSign account. This will indicate to us that you have withdrawn your consent to receive required notices and disclosures electronically from us and you will no longer be able to use your DocuSign Express user account to receive required notices and consents electronically from us or to sign electronically documents from us.

**All notices and disclosures will be sent to you electronically**

Unless you tell us otherwise in accordance with the procedures described herein, we will provide electronically to you through your DocuSign user account all required notices, disclosures, authorizations, acknowledgements, and other documents that are required to be provided or made available to you during the course of our relationship with you. To reduce the chance of you inadvertently not receiving any notice or disclosure, we prefer to provide all of the required notices and disclosures to you by the same method and to the same address that you have given us. Thus, you can receive all the disclosures and notices electronically or in paper format through the paper mail delivery system. If you do not agree with this process, please let us know as described below. Please also see the paragraph immediately above that describes the consequences of your electing not to receive delivery of the notices and disclosures electronically from us.

**How to contact City of Fontana:**
You may contact us to let us know of your changes as to how we may contact you electronically, to request paper copies of certain information from us, and to withdraw your prior consent to receive notices and disclosures electronically as follows:
 To contact us by email send messages to: ctejeda@fontana.org

**To advise City of Fontana of your new e-mail address**
To let us know of a change in your e-mail address where we should send notices and disclosures electronically to you, you must send an email message to us at ctejeda@fontana.org and in the body of such request you must state: your previous e-mail address, your new e-mail address.  We do not require any other information from you to change your email address..
In addition, you must notify DocuSign, Inc to arrange for your new email address to be reflected in your DocuSign account by following the process for changing e-mail in DocuSign.

**To request paper copies from City of Fontana**
To request delivery from us of paper copies of the notices and disclosures previously provided by us to you electronically, you must send us an e-mail to ctejeda@fontana.org and in the body of such request you must state your e-mail address, full name, US Postal address, and telephone number. We will bill you for any fees at that time, if any.

**To withdraw your consent with City of Fontana**
To inform us that you no longer want to receive future notices and disclosures in electronic format you may:

> i. decline to sign a document from within your DocuSign account, and on the subsequent page, select the check-box indicating you wish to withdraw your consent, or you may;
> ii. send us an e-mail to ctejeda@fontana.org and in the body of such request you must state your e-mail, full name, IS Postal Address, telephone number, and account number. We do not need any other information from you to withdraw consent..  The consequences of your withdrawing consent for online documents will be that transactions may take a longer time to process..

**Required hardware and software**

| Operating Systems: | Windows2000? or WindowsXP? |
|---|---|
| Browsers (for SENDERS): | Internet Explorer 6.0? or above |
| Browsers (for SIGNERS): | Internet Explorer 6.0?, Mozilla FireFox 1.0, NetScape 7.2 (or above) |
| Email: | Access to a valid email account |
| Screen Resolution: | 800 x 600 minimum |
| Enabled Security Settings: | •Allow per session cookies<br><br>•Users accessing the internet behind a Proxy Server must enable HTTP 1.1 settings via proxy connection |

\*\* These minimum requirements are subject to change. If these requirements change, we will provide you with an email message at the email address we have on file for you at that time providing you with the revised hardware and software requirements, at which time you will have the right to withdraw your consent.

EXHIBIT B

46

**Acknowledging your access and consent to receive materials electronically**
To confirm to us that you can access this information electronically, which will be similar to other electronic notices and disclosures that we will provide to you, please verify that you were able to read this electronic disclosure and that you also were able to print on paper or electronically save this page for your future reference and access or that you were able to e-mail this disclosure and consent to an address where you will be able to print on paper or save it for your future reference and access. Further, if you consent to receiving notices and disclosures exclusively in electronic format on the terms and conditions described above, please let us know by clicking the 'I agree' button below.
By checking the 'I Agree' box, I confirm that:

- I can access and read this Electronic CONSENT TO ELECTRONIC RECEIPT OF ELECTRONIC RECORD AND SIGNATURE DISCLOSURES document; and

- I can print on paper the disclosure or save or send the disclosure to a place where I can print it, for future reference and access; and

- Until or unless I notify City of Fontana as described above, I consent to receive from exclusively through electronic means all notices, disclosures, authorizations, acknowledgements, and other documents that are required to be provided or made available to me by  City of Fontana during the course of my relationship with you.

EXHIBIT B

47