# EXHIBIT F

| | |
|---|---|
| **From:** | SSSChambers |
| **To:** | Ariana Fuller |
| **Cc:** | Ritu Mahajan; Jonathan D. Gershon; Jonathan E. Phillips; Christopher Ulrich; Gerald Kipper; Fontana Street VendingLitigation; Heartney, Matthew T.; daniel.shimell; Jeanne Fugate; Arwen Johnson; Lindsay Greenblatt |
| **Subject:** | RE: Inland Coalition for Immigrant Justice, et al. v. City of Fontana, et al., Case No. 5:25-CV-2092-SSS-SP |
| **Date:** | Tuesday, June 30, 2026 10:46:18 AM |
| **Attachments:** | image001.png |

**CAUTION: MAIL FROM OUTSIDE THE FIRM**

Good morning,

July 31st has been reserved for your preliminary injunction motion. Please file the motion no later than **Friday, July 3.**

Kind regards,

⬜ ⬜⬜⬜⬜⬜

**Irene Vazquez | Courtroom Deputy Clerk**
**The Honorable Sunshine S. Sykes, United States District Judge**
**United States District Court | Central District of California**
George E. Brown, Jr. United States Courthouse
3470 Twelfth Street – 1st Floor
Riverside, CA 92501-3801
P: 951-328-4462 | E: Irene_Vazquez@cacd.uscourts.gov

**From:** Ariana Fuller <AFuller@KSLAW.com>
**Sent:** Monday, June 29, 2026 4:50 PM
**To:** SSSChambers <SSS_Chambers@cacd.uscourts.gov>
**Cc:** Ritu Mahajan <rmahajan@publiccounsel.org>; Jonathan D. Gershon <jgershon@larsonllp.com>; Jonathan E. Phillips <jphillips@larsonllp.com>; Christopher Ulrich <culrich@mpbf.com>; Gerald Kipper <gkipper@mpbf.com>; Fontana Street VendingLitigation <fontanastreetvendinglitigation@publiccounsel.org>; Heartney, Matthew T. <matthew.heartney@arnoldporter.com>; daniel.shimell <daniel.shimell@arnoldporter.com>; Jeanne Fugate <jfugate@kslaw.com>; Arwen.johnson@kslaw.com; Lindsay Greenblatt <LGreenblatt@KSLAW.com>
**Subject:** Inland Coalition for Immigrant Justice, et al. v. City of Fontana, et al., Case No. 5:25-CV-2092-SSS-SP

**CAUTION - EXTERNAL:**

Dear Ms. Vazquez,

Pursuant to Judge Sykes' Standing Order, section VII.C, Plaintiffs in the above-referenced case write to request a hearing date for a forthcoming Motion for Preliminary Injunction Plaintiffs expect to file this week.

Plaintiffs request a hearing date of **July 31, 2026**—the same hearing date as Defendants' pending motions to dismiss. Plaintiffs respectfully submit that setting the preliminary injunction motion for

EXHIBIT F
100

hearing on that same date would promote judicial economy and the efficient use of the Court's resources.

Sincerely,



**Ariana Fuller**
*Partner*

T: +1 213 443 4342 | M: +1 347 605 3702 | afuller@kslaw.com | Bio | vCard

King & Spalding LLP
633 West Fifth Street
Suite 1600
Los Angeles, CA 90071

(K&S) King & Spalding

kslaw.com

King & Spalding Confidentiality Notice:

This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged, or confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy, or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of the message or attachments and we ask that you please comply with any additional instructions from the sender regarding deletion of messages or attachments sent in error. Click here to view our Privacy Notice.

CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

EXHIBIT F

101