# EXHIBIT G

EXHIBIT
102

| | |
|---|---|
| **From:** | Jonathan E. Phillips |
| **To:** | Ritu Mahajan; Jonathan D. Gershon; Christopher Ulrich; Gerald Kipper; Fontana Street VendingLitigation; Heartney, Matthew T.; Shimell, Daniel; Ariana Fuller; Lindsay Greenblatt |
| **Subject:** | RE: Updated draft of Protective Order |
| **Date:** | Friday, June 5, 2026 9:08:08 AM |
| **Attachments:** | image001.png |
| | image380934.png |

**CAUTION:** **MAIL FROM OUTSIDE THE FIRM**

Thanks Ritu – we will review and revert with any comments or further edits.

On a separate note, upon further review and consideration, the City continues to believe it is premature to hold a Rule 26(f) conference. We will be happy to schedule the conference if needed after the Court rules on our renewed motion to dismiss.

Best,
Jon


**Jonathan E. Phillips**

Partner

**P** 213.436.4867  **C** 213.278.2348
**F** 213.623.2000
jphillips@larsonllp.com
555 South Flower Street, 30th Floor
Los Angeles, CA 90071



CONFIDENTIALITY NOTICE:

This e-mail and any attachments are for the exclusive and confidential use of the intended recipient. If you received this in error, please do not read, distribute, or take action in reliance upon this message. Instead, please notify us immediately by return email and promptly delete this message and its attachments from your computer system. We do not waive attorney-client or work product privilege by the transmission of this message.

**From:** Ritu Mahajan <rmahajan@publiccounsel.org>
**Sent:** Thursday, June 4, 2026 8:59 AM
**To:** Jonathan E. Phillips <jphillips@larsonllp.com>; Jonathan D. Gershon <jgershon@larsonllp.com>; Christopher Ulrich <culrich@mpbf.com>; Gerald Kipper <gkipper@mpbf.com>; Fontana Street VendingLitigation <fontanastreetvendinglitigation@publiccounsel.org>; Heartney, Matthew T. <matthew.heartney@arnoldporter.com>; Shimell, Daniel <daniel.shimell@arnoldporter.com>; Ariana Fuller <afuller@kslaw.com>; Lindsay Greenblatt <lgreenblatt@kslaw.com>
**Subject:** Updated draft of Protective Order


Good morning,

Attached is an updated draft of the stipulated protective order with the language we

EXHIBIT
103

discussed yesterday inserted in paragraph 6. Please let us know if your clients agree to the terms of the attached by the end of the day on Tuesday, June 8th.

Thanks,
Ritu



**Ritu Mahajan** | she/her
Directing Attorney, Community Development Project
**Public Counsel** | 610 S. Ardmore Ave, LA, CA 90005
O: 213-385-2977, ext. 135 | rmahajan@publiccounsel.org

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail and delete any version, response or reference to it.  Thank you.

EXHIBIT
104