RITU MAHAJAN (SBN 252970)
 *rmahajan@publiccounsel.org*
MARK ROSENBAUM (SBN 59940)
 *mrosenbaum@publiccounsel.org*
AMANDA MANGASER SAVAGE (SBN 325996)
 *asavage@publiccounsel.org*
**PUBLIC COUNSEL**
610 South Ardmore Ave.
Los Angeles, CA 90005
Telephone: 213.385.2977

ARIANA E FULLER (SBN 301797)
 *afuller@kslaw.com*
JEANNE A. FUGATE (SBN 236341)
 *jfugate@kslaw.com*
**KING & SPALDING LLP**
633 West Fifth Street, Suite 1600
Los Angeles, CA 90071
Telephone: 213.443.4355

MATTHEW T. HEARTNEY (SBN 123516)
 *matthew.heartney@arnoldporter.com*
DANIEL SHIMELL (SBN 300931)
 *daniel.shimell@arnoldporter.com*
**ARNOLD & PORTER LLP**
777 South Figueroa Street, 44th Floor
Los Angeles, CA 90017-5844
Telephone: 213.243.4000

*Attorneys for Plaintiffs A.M., A.P., L.C., and*
*Inland Coalition for Immigrant Justice*

## UNITED STATES DISTRICT COURT FOR THE

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.M., A.P., L.C., and INLAND COALITION FOR IMMIGRANT JUSTICE, <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF FONTANA and 4LEAF, INC., <br><br> Defendants. | Case No. 5:25-CV-2092-SS-SP <br><br> **DECLARATION OF PLAINTIFF A.M.** <br><br> Date: July 31, 2026 <br> Time: 2:00 p.m. <br> Courtroom: 2 <br> Hon. Sunshine S. Sykes |

DECLARATION OF PLAINTIFF A.M.

I, A.M.,[1] make the following statements on behalf of myself. I declare under penalty of perjury that the following statement is true and correct pursuant to 28 U.S.C. § 1746.

1.      I have been a street vendor since 2022. I sell pupusas, hot dogs, tacos, and empanadas. Before 2022, I worked in the garment industry in downtown Los Angeles, but because of abuses and long hours that did not allow me to be present for my children, I started street vending.  I always vend with my partner L.C. and sometimes my adult daughter.

2.      I live in the City of Fontana and sold food in the City of Fontana in 2022, 2023, and part of 2024. I now sell food in Unincorporated San Bernardino County, much further from my home. I would love to vend in Fontana again because that is where my home is, and I know people like to eat food from vendors in Fontana, but the rules are too restrictive and I have not been able to obtain a permit.

3.      I became a member of Inland Coalition for Immigrant Justice (ICIJ) in 2022. I joined the coalition because of the different ways ICIJ helps street vendors, like helping us apply for permits, understand our rights, and have community support. They helped me understand my rights as a street vendor in Fontana.

4.      Starting in 2023, when Fontana passed its second vending ordinance and began working with masked enforcers whom I now know to be 4Leaf, I began getting many visits from people in plain clothes with masks on. They would come many times in a day. They would park in the street and block in cars so we could not leave. They would ask If I had any permits, push me to the side, and throw out my food. They threatened to arrest me if I got in their way. Because of this, I felt unsafe. I did not feel like I could say anything to them and I would just cry and try to videotape the event. This was a very scary time for me because I have a family at home that depends on me. What would they do if someone were to take me away? I cook all my food and goods

---

[1] Defendants have agreed that the individual plaintiffs may proceed pseudonymously and the Parties are presently negotiating a stipulation in this regard.

DECLARATION OF PLAINTIFF A.M.

fresh each day. It is not sitting there for days. My food is safe. They seized and threw out my food over 30 times. Each time they would throw out my food it would cost me at least $500 to purchase it again. This has made earning a living in my home City humiliating, frustrating, and difficult.

5.      The people who threw away my food told me they worked for the City, but they wore masks and plain clothes and did not identify themselves with a badge or number. They would sometimes arrive alone, and other times with the police. It was sometimes up to ten people at a time. Sometimes they gave me flyers on how to get a permit for street vending and told me to get my permits. They only spoke to me in English and would say that street food is "dirty" and that the mayor did not want vendors in Fontana. I only speak Spanish and I don't know how to read so I was it was hard to understand a lot of what they were telling me.

6.      I went three or four times to Fontana City Hall in 2023 to try to get my vending permits, but the people at City Hall told me that I would not be able to get a permit. I even asked if I could get a permit if I could somehow get a food truck, and they told me that this would not be allowed in the City of Fontana either. I do not understand why they would give me a paper about getting permits when I was not allowed to get permits.

7.      In 2023, officers from the City of Fontana gave me a ticket for street vending because they saw me taking the food from my car and they said I was selling from my car which was not allowed. The ticket was $100, which was very hard for my family to afford because our income is very low.

8.      At the end of 2023, around Christmas, 4Leaf agents arrived with the police. The 4Leaf agents said to step aside or they would arrest me. Because of this, I again felt like there was nothing I could do or say to stand up for my rights. Because I did not have a vending permit, the 4Leaf agents threw out my food, unopened sodas, and took all my equipment including tables, chairs, my grill, cooler, and tent, worth about $2000. They threw my equipment into their truck, damaging some of it. I was upset because this is a

DECLARATION OF PLAINTIFF A.M.

very busy time for vending, and I was counting on making money to support my family. When they confiscated my equipment, the 4Leaf officers told me there was a 30 day waiting period to pick up the equipment from the impound and they gave me a paper with information of a City office where I could go get it. When I got to the City office, I was told there would be a $250 fee, but I did not know what the amount would be before I arrived. The person working at the lot told me that we would "negotiate" and also said that I could have come earlier than 30 days. I asked what would happen if I did not pay, and he told me that he would throw away all my equipment. I could not afford the fee so I could not get my equipment back.

9.     Later, over time, I had to fundraise to replace my equipment. It was $1,200 for the grill, $300 for a canopy, $200 for plastic containers for the salsas, and $800 for the food each week. I had to get a loan from my children to help pay for the equipment and it made me feel ashamed to have to ask them for money.

10.     When I was vending in Fontana, I would cry often because they would treat me like an animal. I am trying to make an honest living, and the work is very hard, but I would rather stand by a hot grill in the heat to pay my rent than do something illegal. I do not understand why I was treated like this when I am just trying to support my family.

11.     I very much want to vend in Fontana again as that is where I live and where my community is. The schools my children attend, my health care provider, and my family are all in Fontana. It is now more difficult for me to travel far distances with my food and equipment to make a living, especially given the increased immigration enforcement in our area. My income has declined since I started vending outside of Fontana. The community is also suffering without street vendors in Fontana as they no longer have fresh, healthy, and affordable foods.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 29, 2026, at Fontana, California.

_A M_

_____

A.M.

4

DECLARATION OF PLAINTIFF A.M.

## CERTIFICATE OF TRANSLATION

I, Elizabeth Rosie Brown, declare under penalty of perjury that I am fully competent in both the English and Spanish language. I have accurately and completely translated the relevant information in the attached document from Spanish to English.

06/29/2026

_____          _____

Signature                                                    Executed on

Elizabeth Rosie Brown
Public Counsel
610 S Ardmore Ave
Los Angeles, CA 90005 (213) 384-2977

DECLARATION OF PLAINTIFF A.M.