RITU MAHAJAN (SBN 252970)
  *rmahajan@publiccounsel.org*
MARK ROSENBAUM (SBN 59940)
  *mrosenbaum@publiccounsel.org*
AMANDA MANGASER SAVAGE (SBN 325996)
  *asavage@publiccounsel.org*
**PUBLIC COUNSEL**
610 South Ardmore Ave.
Los Angeles, CA 90005
Telephone: 213.385.2977

ARIANA E FULLER (SBN 301797)
  *afuller@kslaw.com*
JEANNE A. FUGATE (SBN 236341)
  *jfugate@kslaw.com*
**KING & SPALDING LLP**
633 West Fifth Street, Suite 1600
Los Angeles, CA 90071
Telephone: 213.443.4355

MATTHEW T. HEARTNEY (SBN 123516)
  *matthew.heartney@arnoldporter.com*
DANIEL SHIMELL (SBN 300931)
  *daniel.shimell@arnoldporter.com*
**ARNOLD & PORTER LLP**
777 South Figueroa Street, 44th Floor
Los Angeles, CA 90017-5844
Telephone: 213.243.4000

*Attorneys for Plaintiffs A.M., A.P., L.C., and
Inland Coalition for Immigrant Justice*

# UNITED STATES DISTRICT COURT FOR THE

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.M., A.P., L.C., and INLAND COALITION FOR IMMIGRANT JUSTICE,<br><br>        Plaintiffs,<br><br>  v.<br><br>CITY OF FONTANA and 4LEAF, INC.,<br><br>        Defendants. | Case No. 5:25-CV-2092-SS-SP<br><br>**DECLARATION OF PLAINTIFF A.P.**<br><br>Date: July 31, 2026<br>Time: 2:00 p.m.<br>Courtroom: 2<br><br>Hon. Sunshine S. Sykes |

I, A.P.,[1] make the following statements on behalf of myself. I declare under penalty of perjury that the following statement is true and correct pursuant to 28 U.S.C. § 1746.

1. My name is A.P., I am 56 years old and live in Fontana, CA.

2. I have been involved with Inland Coalition for Immigrant Justice for a few years as a street vendor member.

3. I am a street vendor who sells tejuino, raspados, and aguas frescas.[2] I got injured while working at my construction job so I started vending food about five years ago to make a living.

4. I started street vending in Fontana in 2020. About three months after I started street vending in Fontana, I was approached by a police officer and was told that I could not sell in Fontana, but if I moved across the street into San Bernardino County land, I could continue selling. In order to avoid trouble with the police, I no longer vend in the City of Fontana where I live with my family.

5. When I first started vending in Fontana, I looked into applying for all of my permits. I was told by an employee at Fontana City Hall that they do not give permits to food vendors, not even lunch trucks.

6. I learned through my friends who are vendors that Fontana also requires an extremely high amount of insurance, something that many of the restaurants I have worked in were not even required to get. This is not logical or just. There is no way I could afford to purchase the required insurance on my limited income.

7. It is not possible for me to return to sell in Fontana because I have been told by City employees that they do allow food vendors, and I believe I would have all my items thrown away if I were to sell there again because I have seen that happen to other vendors many times. If my food and equipment were thrown out, I would not be able to

---

[1] Defendants have agreed that the individual plaintiffs may proceed pseudonymously and the Parties are presently negotiating a stipulation in this regard.
[2] Refreshing drinks and shaved ice treats traditional to Mexico.

DECLARATION OF PLAINTIFF A.P.

afford to pay my rent and would lose my ability to make income in the future. It would make my life even more difficult.

8.    I have witnessed the City of Fontana code enforcement throwing away the food of vendors in Fontana. A few years ago, I saw a taco vendor in Fontana who had just put out a fresh trompo[3], and the code enforcement officers, without checking anything, grabbed the whole trompo with around 80 pounds of meat and put it straight into black trash bags. This act would have had a devastating effect on the income and survival of the vendor.

9.    Since I sell just across the street from Fontana, I see the Fontana code enforcement officers driving by every day to see if people have set up.

10.    I worked for fourteen years in a kitchen cooking food, and I never saw the same kind of enforcement on brick-and-mortar businesses that I have seen on street vendors in Fontana.

11.    Fontana treats us street vendors like criminals, like we are doing something wrong by trying to make a living. I have heard the City of Los Angeles allows vending and is providing carts for vendors to help them. I wish Fontana would do the same.

12.    I want to be able to vend in Fontana again. I live in Fontana and my family and community are here. I am getting older, and traveling far distances with my equipment to vend, especially in this climate of harsh immigration enforcement, is very difficult.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 29, 2026, at Fontana, California.

_A. P_

A.P.

---

[3] A vertical rotisserie spinner for meat used in tacos.

DECLARATION OF PLAINTIFF A.P.

# CERTIFICATE OF TRANSLATION

I, Elizabeth Rosie Brown, declare under penalty of perjury that I am proficient in both the English and Spanish language. I have accurately and completely translated the relevant information in the attached document from Spanish to English.

June 29, 2026

_____         _____
Signature                                                                                Executed on

Elizabeth Rosie Brown
Public Counsel
610 S Ardmore Ave
Los Angeles, CA 90005 (213) 384-2977

DECLARATION OF PLAINTIFF A.P.