# EXHIBIT A

# Catherine K. Brinkley, VMD, PhD, MS

## Academic Appointments

2020-present   Associate Professor, Department of Human Ecology, University of California, Davis

2021-2024   Faculty Director, Center for Regional Change

2016-2020   Assistant Professor, Department of Human Ecology, University of California, Davis

2015-2016   Lecturer, Department of Environmental and Occupational Health Sciences, University of North Texas

## Education

| | | |
|---|---|---|
| 2015 | Veterinary Medical Degree | University of Pennsylvania |
| 2013 | Ph.D., City and Regional Planning | University of Pennsylvania |
| 2007 | M.S., Lic. Virology | Göteborg University, Sweden |
| 2004 | B.A. | Wellesley College |

## Publications

**J 48.** Smith, K.; Choe, D.; Kagawa, **R.;** Momoh, E. O., & **Brinkley, C.** (2026). One-Year Treatment Effects of the Yolo Basic Income Program**.** *Journal of Applied Developmental Psychology*

**J 47.** Ballonoff Suleiman, A., Regalado, S., Momoh, E. O., Menendez, K., & **Brinkley, C.** (2026). "I'd Probably Be Homeless": Basic Income Participants' Lived Experiences Related to Housing Stability, Health, and Wellbeing. *International Journal of Environmental Research and Public Health*, 23(4), 417. https://doi.org/10.3390/ijerph23040417

**J 46. Brinkley, C.;** Regalado, S.; Boswell, M. (2026) Which Plans Matter for Creating Actionable, Equitable Climate Policy: Comprehensive or Climate Action Plans? *Journal of Planning Education and Research.* https://doi.org/10.1177/0739456X25139845

**J 45.** Fu, X.; **Brinkley, C**; Sanchez, T; Li, C.; Crooks, A. (2025) Not just numbers: Understanding cities through their words. *Environment and Planning B: Urban Analytics and City Science.* https://doi.org/10.1177/23998083251396632

**J 44. Brinkley, C.,** Ulimwengu, J., Raj, S. (2025) Real and simulated shocks to the food system: a nested food-economic system model for assessing resilience using a networked Input-Output approach. *Frontiers in Sustainable Food Systems.*

EXHIBIT A

9

**J 43.** Raj, S, Momoh, E, and **Brinkley, C**. (2025) Teaching Students How to Read and Assess Plan Content *Journal of Planning Education and Research.* https://doi.org/10.1177/0739456X251327591

**J 42.** Rodriguez, S.; Kagawa, R.; Vaitla, B; Koundinya, V.; Choe, D.; **Brinkley, C.** (2025). Guaranteed income: a policy landscape review of 105 programs in the United States. *Basic Income Studies.* 20 (1): 93-123. 10.1515/bis-2023-0030

**J 41.** Fu, Xinyu; Sanchez, T. Chaosuli, Li; **Brinkley, C.** (2024). Text mining public feedback on urban densification plan change in Hamilton, New Zealand. *Environment and Planning B: Urban Analytics and City Science.* 52(3). https://doi.org/10.1177/239980832412720

**J 40.** Poirier, L., Antonio, D.; Dettman, M., Eng, T.; Ganata, J.; Ghosh, S.; Lopez, M.; Karma, R.; Natekal, A.; **Brinkley, C.** (2024). Making plans FAIR with data infrastructure: a search engine for constructing, analyzing, and visualizing planning documents. *Environment and Planning B: Urban Analytics and City Science.* 51(8). https://doi.org/10.1177/23998083241227471

**J 39.** Fuchs-Chesney, J., Raj, S., Daruwalla, T., & **Brinkley, C.** (2023). All roads lead to the farmers market?: using network analysis to measure the orientation and central actors in a community food system through a case comparison of Yolo and Sacramento County, California. *Agriculture and Human Values*, *40*(1), 157-173. https://doi.org/10.1007/s10460-022-10345-y

**J 38.** Stein, A. and **Brinkley, C.** (2023). Farm to Food Bank: Exploring the Ties between Local Food Producers and Charitable Food Assistance. *Rural Sociology*. https://doi.org/10.1111/ruso.12489

**J 37. Brinkley, C.** and Wagner, J (2022). Who is Planning for Environmental Justice- and how? *Journal of American Planning Association.* 90: 63-76 10.1080/01944363.2022.2118155

**J 36. Brinkley, C.** (2022). After Hardin. *Journal of Planning Theory.* 21(4) https://doi.org/10.1177/14730952221121071

**J 35.** Raj, S., **Brinkley, C**., & Ulimwengu, J. (2022). Connected and extracted: Understanding how centrality in the global wheat supply chain affects global hunger using a network approach. Plos one, 17(6), e0269891. https://doi.org/10.1371/journal.pone.0269891

**J 34.** McManamay, R. Turner, S. Vernon, C., Rice, J.; Raj, S and **Brinkley, C**. (2022). Urban land teleconnections in the United States: a graphical network approach. *Computers, Environment and Urban Systems.* https://doi.org/10.1016/j.compenvurbsys.2022.101822

EXHIBIT A
10

**J 33. Brinkley, C**.; Raj, S; Raja, S (2022). Planning for FEWsheds: The Role of Planning in Integrating and Strengthening Food, Energy and Water Systems. *Journal of Planning Literature.* https://doi.org/10.1177/08854122221093387

**J 32. Brinkley, C.** and Raj, S (2022). Perfusion and urban thickness: The shape of cities. *Land Use Policy.* https://doi.org/10.1016/j.landusepol.2022.106015

**J 31.** Raj, S; Roodbar, S. **Brinkley, C**. (2022) Food Security and Climate Change: Differences in impacts and adaptation strategies for rural communities in the Global South and North. *Frontiers in Sustainable Food Systems.* https://doi.org/10.1016/j.landusepol.2022.106015

**J30. Brinkley, C.** and Visser, MA (2022). Socioeconomic and Environmental Indicators for Rural Communities: Bridging the Scholarly and Practice Gap *Economic Development Quarterly.* https://doi.org/10.1177/08912424221083023

**J 29.** Pesci, S and **Brinkley, C.** (2021). Can a Farm-to-Table restaurant bring about change in the food system?: A case study of Chez Panisse. *Food, Culture & Society.* https://doi.org/10.1080/15528014.2021.1948754

**J 28. Brinkley, C.** and Stahmer, C. (2021) What is in a Plan? Using Natural Language Processing to Read 461 California City General Plans. *Journal of Planning Education and Research.* https://doi.org/10.1177/0739456X21995890

**J 27. Brinkley, C.**; Pesci, S; Manser, G. (2021) Growing pains in local food systems: a longitudinal social network analysis on local food marketing in Baltimore County, Maryland and Chester County, Pennsylvania *Agriculture and Human Values.* https://link.springer.com/article/10.1007/s10460-021-10199-w

**J 26.** Han, A; Laurian, L; **Brinkley, C**. (2020) Thermal Planning: What Can Campuses Teach Us about Expanding District Energy? *Journal of Environmental Planning and Management* https://doi.org/10.1080/09640568.2020.1855577

**J 25.** Francis, K. and **Brinkley, C.** (2020) Street Food Vending as a Public Health Intervention. *California Journal of Health Promotion.* https://doi.org/10.32398/cjhp.v18i1.2450

**J 24. Brinkley, C.**; Glennie, C.; Flores, J.; Chrisinger, B. (2019) Supermarket Interventions in Food Deserts. *Journal of Public Affairs.* https://doi.org/10.1002/pa.1863

**J 23. Brinkley, C.** (2019) Rugosity and the Urban Interface. *Annals of the American Association of Geographers.* https://10.1080/24694452.2019.1573133

**J 22. Brinkley, C.** (2019). Hardin's Imagined Tragedy is Pig Shit: A Call for Planning to Re-Center the Commons. *Planning Theory.* https://doi.org/10.1177/1473095218820460

3

EXHIBIT A

11

**J 21. Brinkley, C** and Leach, A. (2019). Housing Values Near Energy Infrastructure: a Review. *Energy Research and Social Science.* 50: 51-65 https://doi.org/10.1016/j.erss.2018.11.014

**J 20. Brinkley, C.** (2018). The Small World of the Alternative Food Network. *Sustainability*, *10*(8), 1-19. https://doi.org/10.3390/su10082921

**J 19. Brinkley, C.** (2018). The conundrum of combustible clean energy: Sweden's history of siting district heating smokestacks in residential areas. *Energy Policy*, 120, 526-532 https://doi.org/10.1016/j.enpol.2018.05.059

**J 18. Brinkley, C** and Hoch, C. (2018). The Ebb and Flow of Planning Specializations. *Journal of Planning Education and Research* https://doi.org/10.1177/0739456X18774119

**J 17. Brinkley, C.** (2018) High Rugosity Cities: the geographic, economic and regulatory pathology of America's most non-concentric urban areas. *Journal of Land Use Policy.* https://doi.org/10.1016/j.landusepol.2018.01.024

**J 16. Brinkley, C.**, Kingsley, J., Mench, J (2018). Guarding Animal Welfare and Public Health: Tracking the Rise of Backyard Poultry Ordinances. *Journal of Community Health.* 1-8. https://doi.org/10.1007/s10900-017-0462-0

**J 15. Brinkley, C.** (2017). Visualizing the social and geographical embeddedness of local food systems. *Journal of Rural Studies*, *54*, 314-325. https://doi.org/10.1016/j.jrurstud.2017.06.023

**J 14. Brinkley, C.** (2017). Fringe Benefits: Adding Rugosity to the Urban Interface in Theory and Practice. *Journal of Planning Literature*, https://doi.org/10.1177/0885412217726772

**J 13. Brinkley, C**., Raj, S., & Horst, M. (2017). Culturing Food Deserts: Recognizing the Power of Community-Based Solutions. *Built Environment*, *43*(3), 328-342.  https://doi.org/10.2148/benv.43.3.328

**J 12.** Vaarst, M, Escudero, A.G.; M. Chappell, J.; **Brinkley**, **C.;** Nijbroek, R. Arraes, N.A.M.; Andreasen, L. et al. (2017) "Exploring the concept of agroecological food systems in a city-region context." *Agroecology and Sustainable Food Systems*: 1-26. https://doi.org/10.1080/21683565.2017.1365321

**J 11.** Horst, M; Raj, S.; **Brinkley**, C. (2016) "Getting Outside the Supermarket Box: Alternatives to "Food Deserts"" *Progressive Planning* (207).

**J 10. Brinkley, C.** (2014). Decoupled: successful planning policies in countries that have reduced per capita greenhouse gas emissions with continued economic growth. *Environment and Planning C: Government and Policy* 32(6): 1083-1099. https://doi.org/10.1068/c12202

**J 9.** Vitiello, D and **Brinkley, C** (2014). Hidden History of Food System Planning *Journal of Planning History.* 13(2): 91-112. https://doi.org/10.1177/1538513213507541

4

EXHIBIT A

12

**J 8. Brinkley, C** and Vitiello, D (2014). From Farm to Nuisance: Animal Agriculture and the Rise of Planning Regulation, *Journal of Planning History*. 13(2): 113-135. https://doi.org/10.1177/1538513213507542

**J 7. Brinkley, C**, Chrisinger, B, and Hillier, A. (2013). Tradition of Healthy Food Access in Low-income Neighborhoods: Price and Variety of Produce Vending Compared to Conventional Retail, *Journal of Agriculture Food Systems and Community Development*. 41(11): 155-169. https://doi.org/10.5304/jafscd.2013.041.011

**J 6. Brinkley, C**. (2013): Avenues into Food Planning: A Review of Scholarly Food System Research, *International Planning Studies*. 18(2): 243-266. https://doi.org/10.1080/13563475.2013.774150

**J 5. Brinkley, C.,** Birch, E., & Keating, A. (2013). Feeding cities: Charting a research and practice agenda toward food security. *Journal of Agriculture, Planning, Food Systems and Community Development*. 34(8): 81-87. https://doi.org/10.5304/jafscd.2013.034.008

**J 4. Brinkley, C**. (2012). Evaluating the Benefits of Peri-Urban Agriculture. *Journal of Planning Literature*. 27(3). 259-269. https://doi.org/10.1177/0885412211435172

**J 3.** Brisson, D., **Brinkley, C**., Humphrey, P. T., Kemps, B. D., & Ostfeld, R. S. (2011). It takes a community to raise the prevalence of a zoonotic pathogen. *Interdisciplinary Perspectives on Infectious Diseases*, 2011. 6p. https://doi.org/10.1155/2011/741406

**J 2. Brinkley, C**., Nolskog, P., Golovljova, I., Lundkvist, Å., & Bergström, T. (2008). Tick-borne encephalitis virus natural foci emerge in western Sweden. *International Journal of Medical Microbiology*, 298: 73-80. https://doi.org/10.1016/j.ijmm.2007.12.005

**J 1. Brinkley, C**. K., Kolodny, N. H., Kohler, S. J., Sandeman, D. C., & Beltz, B. S. (2005). Magnetic resonance imaging at 9.4 T as a tool for studying neural anatomy in non-vertebrates. *Journal of Neuroscience Methods*, 146(1): 124-132. https://doi.org/10.1016/j.jneumeth.2005.02.003

## Book Chapters

**BC 3.** Glennie, C and **Brinkley, C**. (2025) "Street Food Justice" in *Food Justice,* Eds. Alkon, A. H., & Agyeman, J. (Eds.). MIT press.

**BC 2. Brinkley, C** and Kingsley, S (2017) "Urban Animal Welfare in Backyard Livestock" in *Advances in Agricultural Animal Welfare*. Ed. Joy Mench. Elsevier.

**BC 1.** Horst, M; **Brinkley, C**; Martin, K. (2016). "SUB-Urban Agriculture Across the Country" in *Cities of farmers: Urban agricultural practices and processes*. Editors: Dawson, J. C., & Morales, A. University of Iowa Press.

5

EXHIBIT A
13

## in Review

JiR1 Castro, J..; **Brinkley, C**. "Basic Income Programs and welfare staff"

JiR 2. **Brinkley, C.** "Planning History: From Aristotle to A.I."

JiR3. Momoh, E., Vasquez, I.; **Brinkley, C.** "California Acorn Food Systems"

JiR4. **Brinkley, C**. and Momoh, E. "California Transparent Food Networks"

JiR5 McConnell, C.; Savaian, T.; Lu, A.; **Brinkley, C**. "Rural zoning challenges for land conservation"

Book: Soma, T.; Raj, S.; **Brinkley, C**.; Raja, S. "Critical Food Systems Planning" *Routledge.* Expected publication: 2027

## Limited Distribution (LD)

**LD 17. Brinkley C.;** McConnell, C. La, A.; Safavian, T. Menendian, S.; Gambir, S. (2025) California Zoning Atlas. https://www.zoningatlas.org/california

**LD 16. Brinkley, C**. (2025) An AI analysis of zoning reforms. *Nature Cities*, 1-2

**LD 15.** Rodriguez, S.; Choe, D.; Kagawa, R.; Vaitla, B.; Koundinya, V.; **Brinkley**, C. (2025). Lessons from 105 of the first guaranteed income programs in the United States. UC Davis Poverty Center Policy Brief.

**LD 14. Brinkley, C.;** Sulieman, A.; Choe, D.; Kagawa, R.; Castro, A (2025). Yolo County basic Income Program Evaluation Report.

**LD 13. Brinkley, C.** (2025) "An AI analysis of zoning reforms" *Nature Cities.*

**LD 12. Brinkley, C.** (2023) "What can cities do to correct racism and help all communities live longer? It starts with city planning" *The Conversation* Aug 29, 2023. https://theconversation.com/what-can-cities-do-to-correct-racism-and-help-all-communities-live-longer-it-starts-with-city-planning-209667

**LD 11.** Aniket Banginwar, Dexter Antonio, Mirthala Lopez, Lindsay Poirier, Sujoy Ghosh, Makena Dettmann, & **Catherine Brinkley**. (2023, January 6). General Plan Database Mapping Tool available GitHub (v1-4). Zenodo. https://doi.org/10.5281/zenodo.7508689 https://plansearch.caes.ucdavis.edu/

**LD 10. Brinkley, C** (2021) "Taking it to the Street: Food Vending During and After COVID" *The Conversation*

**LD 9. Brinkley, C;** Poirier, L; Antonio, D (2020) California City General Plan Database Mapping Tool. http://critical-data-analysis.org/shiny/general-plan-map/R/

EXHIBIT A

14

**LD 8. Brinkley, C.** (2020) How pandemics have changed American cities – often for the better, *The Conversation*, May 2020, https://theconversation.com/how-pandemics-have-changed-american-cities-often-for-the-better-137945

**LD7. Brinkley, C.** (2020) Why community-owned grocery stores like co-ops are the best recipe for revitalizing food deserts, *The Conversation*, September 2019, https://theconversation.com/why-community-owned-grocery-stores-like-co-ops-are-the-best-recipe-for-revitalizing-food-deserts-122997

**LD 6.** Perry, G.; **Brinkley, C.;** Tamimi, D.; Evans, A. (2019). Make Davis a Good Food City. *The Davis Enterprise* Feb 24, 2019

**LD 5. Brinkley, C.** (2019). Sell PG&E for parts and build community energy instead. *CalMatters.* Jan 16. https://calmatters.org/articles/commentary/my-turn-sell-pge-for-parts-and-build-community-energy-instead/

**LD 4. Brinkley, C** and Kingsley, J. (2018). A chicken in every backyard: Urban poultry needs more regulation to protect human and animal health. *The Conversation.* March 3. https://theconversation.com/a-chicken-in-every-backyard-urban-poultry-needs-more-regulation-to-protect-human-and-animal-health-93113

**LD 3. Brinkley, C**. Tamimi, D; Frerichs, L, Evans, A. (2017). Food trucks and street vending: the missing piece in Davis' food scene. *Davis Enterprise.* March 3. https://www.davisenterprise.com/forum/opinion-columns/food-trucks-and-street-vending-the-missing-piece-in-davis-food-scene/

**LD 2. Brinkley, C.** (2016) An incendiary idea for clean energy and rural job growth. *Sacramento Bee.* October 19, 2016. https://www.sacbee.com/opinion/op-ed/soapbox/article108034677.html

**LD 1. Brinkley, C** and Leach, A. (2016). "District Heating for California: a Path to Green Energy and Sustainable Forest Management," UC Center Sacramento Policy Brief, 1(5): October 6th

## Reports (R)

**R 11. Brinkley, C,** Choe, D. E., Kagawa, R., Ballonoff Suleiman, A., Fied er, S., Castro, A. (2025) Yolo Basic Income Evaluation Final Report

**R9-10.** County Community Food Guides in partnership with Community Alliance with Family Farmers, Edible Schoolyard, UC Agriculture and Natural Resources.

R9. Los Angeles County (2020)
R10. San Francisco County (2021)

EXHIBIT A
15

**R5-8.** Preparation of county community food system guides to support Valley Vision and Sacramento Community Foundation to update the Sacramento Regional Food System Action Plan

> R5. Yolo County (2020)
> R6. Sacramento County (2021)
> R7. El Dorado County (2021)
> R8. Placer County (2021)

**R4.** Santa Clara County Expanded Community Food Guide (2020). In partnership with UC Agriculture and Natural Resources.

**R3.** Food and Economic Development (FED) for the City of Davis (2019). Mayor Brett Lee's Mayoral Initiative. Feb, 2019. https://www.landandladle.com/davis-food-discussions

**R2.** Socioeconomic Indicators for the Delta (2019). Delta Protection Commission, Sacramento, California. http://delta.ca.gov/regional_economy/socioeconomic_indicators/

**R1.** World Livestock 2012: Livestock in Food Security. (2011). Rome: Food and Agriculture Organization of the United Nations. http://www.fao.org/docrep/014/i2373e/i2373e00.htm

## Book Review (BR)
**BR 1.** Brinkley, C. (January 01, 2011). Book Review: Sustainability Unpacked: Food, Energy and Water for Resilient Environments and Societies. *Journal of Planning Education and Research, 31,* 4, 473-475.

## Grants and Contracts

| | | |
|---|---|---|
| 2024-2027 | $160,000 | PI, California Governor's Office of Land-use and Climate Initiatives with California Air Resources Board |
| 2022-2024 | $300,000 | co-PI, California Air Resources Board, Climate Readiness (co-PI with Dr. Michael Boswell at California Polytechnic State University) |
| 2022-2024 | $350,000 | co-PI, Yolo County, Basic Income evaluation (co-PI with Drs. Rose Kagawa, Daniel Choe, Bapu Vaitla, Robb Davis, Vikram Koundinya) |
| 2021-2024 | $20,000 | PI, UC Office of the President, UC Global Food Initiative Community Food Networks |
| 2019-2021 | $300,000 | co-PI, United States Department of Agriculture, Hispanic Serving |

|           |           |                                                                                                                                                                       |
|-----------|-----------|-----------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|           |           | Institutions, "Modernizing agricultural education through community-based, culturally responsive experiential learning"(funding returned due to UC Davis HSI status denial) |
| 2018-2024 | $630,000  | PI, National Science Foundation CAREER (#1750621), "Mapping pathways to food security and sustainable development"                                                     |
| 2019-2020 | $30,000   | PI, Environmental Health Sciences of the National Institutes of Health, # P30ES023513 "Planning in California Cities and Counties"                                     |
| 2018-2019 | $19,547   | co-PI, The Pew Charitable Trusts, "Health Impact Assessment (HIA) to improve health equity in Kern County, California (co-PI Dr. Natalia Deeb-Sossa).                   |
| 2019      | $5,000    | co-PI, World Food Center Conference Grant, Setting the Agenda for Food Cooperatives. (co-PI Dr. Keith Taylor)                                                          |
| 2018-2019 | $5,000    | co-PI, Environmental Health Sciences for Community Engagement in Language Access. (co-PI Dr. Natalia Deeb-Sossa).                                                      |
| 2016      | $750      | Center for Educational Effectiveness. Faculty Learning Teaching Center Fellow                                                                                         |
| 2016      | $15,000   | PI, Global Affairs Seed Grant, "Farm-to-City Clean Energy"                                                                                                            |
| 2016-2018 | $50,000   | co-PI, Delta Protection Commission, "Economic Indicators for the Delta" (co-PI with Dr. M. Anne Visser)                                                                |
| 2016      | $1000     | Learning Teaching Center, Faculty Learning Community                                                                                                                  |
| 2016      | $750      | Climate Change Teaching Module                                                                                                                                        |
| 2009      | $100,000  | PI, Inspiration Award for One Health work bridging spatial design and public health, largest monetary award in the veterinary profession                              |

## Awards and Fellowships

2025   Commendation for Excellence in Advancing Wellness, presented by the UC Davis Health Office of Wellness Education

2024   UC Davis Public Scholarship Faculty Fellow (PSFF) –a competitive fellowship program that seeks to acknowledge and reward exemplary individuals

2023   American Planning Association, California Chapter Award for Academic Excellence in the creation of the PlanSearch.caes.ucdavis.edu tool

EXHIBIT A

2023    Sacramento Valley Chapter for the American Planning Association, Award for Academic Excellence for PLanSearch.caes.ucdavis.edu

2020    Faculty Development Award, UC Davis. This award acknowledges faculty members for heavy involvement in university and community service.

2019    Summer Fellow, Santa Fe Institute Complex Systems Science, June-July.

2018    National Science Foundation Center for Research Excellence and Diversity in Team Science (CREDITS) training, September. UCLA Arrowhead.

2018    Fellow, The Op-ed Project

2017    Best Paper in *Journal of Built Environment* for Brinkley et al., 2017 "Culturing Food Deserts."

2017    Fellow, National Center for Faculty Development and Diversity

2015    Journal of Planning History best article published honorable mention for "The Hidden History of Food System Planning."

2014    Advocate, American Veterinary Medical Association (AVMA), Policy Advocacy Internship on Capitol Hill (February)

2013    The American Collegiate Schools of Planning (ACSP) award for the doctoral workshop and international Planning conference in Dublin, Ireland.

2006    Fulbright Fellow, Sweden, study of animal-to-human disease in disturbed natural environments

2004    Watson Fellow, study of wildlife conservation in South Africa, Sweden, Madagascar, Ukraine, Denmark, Singapore and China

## Conference Presentations (peer-reviewed)

American Association of Geographers, Mapping Health Equity, (San Francisco, March 2026)

12th Annual UC Davis One Health Symposium (in Davis, CA on November 1, 2025)

Machine learning for planning, preorganized session, Association of Collegiate Schools of Planning (ACSP), Seattle, October 2024

Ecology in planning, preorganized session, Association of Collegiate Schools of Planning (ACSP), Seattle, October 2024

EXHIBIT A

18

New land use planning tools: California Zoning Atlas and PlanSearch tool, American Association of Geographers (AAG) Hawaii, April, 2024

Climate Justice, Association of Collegiate Schools of Planning (ACSP). online-due to COVID-19, November, 2021

Urban Morphologies, Association of Collegiate Schools of Planning (ACSP). online-due to COVID-19, November, 2020

Food Banks and Local Food Networks, American Sociological Association (ASA), online-due to COVID-19, August, 2020

Extending Campus Heating Networks. Association of Collegiate Schools of Planning (ACSP). Greenville, SC. October 24, 2019

Pedagogical Approaches to Nudge Students to Translate and Transmit Knowledge from Sustainability Education. Civic Engagement in Landscape Architecture (CELA). Sacramento, CA. March, 2019

Potential of Heat Planning for California, California Bioresources Alliance Symposium. Sacramento, CA; November, 2018

Community Economic Development in University-Partnerships, Association of Collegiate Schools of Planning (ACSP). Buffalo, NY, October, 2018

City-Region Commons. Invited panel lecture by joint European and American Planning School presidents. Association of Collegiate Schools of Planning (ACSP). Buffalo, NY, October, 2018

Local food and Land-use, Association of European Schools of Planning (AESOP). Gothenburg, Sweden, July, 2018

The Tragedy of the Commons Never Happened. Association of European Schools of Planning (AESOP). Gothenburg, Sweden, July, 2018

Planning for Local Food Systems in the Trump Era. Roundtable organizer. Association of Collegiate Schools of Planning (ACSP). Denver, Colorado, October 2017

Geo-social Networks Built around Local Food. Association of Collegiate Schools of Planning (ACSP). Denver, Colorado, October 2017

11

EXHIBIT A

19

Geo-social network Analysis of Local Food. Association for the Study of Food and Society/ Agriculture, Food and Human Values. (ASFS/AFHV), Los Angeles, June 2017

Rural Economic Development Indicators for the Delta. American Association of Geographers (AAG) Boston, April 2017

Evolution of Planning Disciplines. Association of Collegiate Schools of Planning (ACSP). Portland, OR, October 2016.

Decoupling economics from GHG emission reductions. Association of Collegiate Schools of Planning (ACSP). Houston, TX, October 2015.

The Star-Shaped City; Sustainable Urban Development. Association of Collegiate Schools of Planning (ACSP), Philadelphia, PA, October 2014

City Shape and Patterns of Food Sales, Association of European Schools of Planning (AESOP-ACSP), Dublin, Ireland, July 2013

Animal Agriculture and the Birth of City Planning Regulation, Society for American Regional Planning History (SACRPH), Baltimore, MD, November 2013

Planning for Animal Agriculture in Cities, Society for Ethics in Food, Lund, Sweden, August 2012

The History of Food Planning in North America, Association for the Study of Food and Society/ Agriculture, Food and Human Values. (ASFS/AFHV), New York, NY, July 2012

Mobile Produce Vending to Improve Health in Low-income Neighborhoods, Urban Affairs Association Conference, San Francisco, CA, November 2012

Benefits of Peri-urban Agriculture, World Planning Congress, Perth, Australia, August 2011

Maximizing Peri-urban Potential through Planning, Association of Collegiate Schools of Planning (ACSP), Salt Lake City, December 2011

Best Practices for Urban Sustainability, panel, Association of Collegiate Schools of Planning (ACSP), Minneapolis, MN, October 2010

Sustainability Indicators of City Health, World Urban Forum (WUF), Rio de Janiero, Brazil, January 2010

## Invited Lectures and Panel Presentations

"Building Community Through Food," at Slow Food Terra Madre Americas, Sacramento, "Building Community Through Food" 9/26/2025

12th Annual UC Davis One Health Symposium (in Davis, CA on November 1, 2025)

Panelist virtual policy briefing on food insecurity and food access, The American Association for the Advancement of Science's Center for Scientific Evidence in Public Issues (AAAS EPI Center) and the MOST Policy Initiative, December 4, 2024 https://www.aaas.org/events/policymaker-science-briefing-food-insecurity-and-food-access

Keynote VMD-PhD Research Day, "Planning for One Health", University of Pennsylvania, March 2024

Keynote, United Nations Davis chapter, anniversary of the Universal Declaration of Human Rights, October 2023

Keynote, "Rural-urban land-use planning", Solano Local Food System Alliance, October, 2022

San Francisco Federal Reserve, "Agriculture and Climate Change." October 21, 2022

Speaker, "California Planning" Global Ties Sacramento -a division of the World Trade Center-with U.S. Department of State. Sept, 2022

"Local plans for Climate Justice", Cities and Climate Change, UN-Habitat and the Global Covenant of Mayors for Climate & Energy (GCoM) Innovate4Cities 2021. October, 2021

Plenary Address, "The Future of Cities and Pandemics" March 15-17, 2021 Urbanism Next Center at the Univ of Oregon (http://urbanismnext.org).

American Physician Scientists Association [APSA] January, 10, 2021 https://pennapsa.wixsite.com/2021-apsa-nerc

7th Annual One Health Symposium: The Future of Food. University of California, Davis; November 8, 2020

Opening address: Farm of the Future, University of Pennsylvania, September 30, 2020 https://vimeo.com/467473880

Opening address: past, present and future of planning during pandemics, Center for Planning Excellence, September, 2020 https://youtu.be/QZCSGHB6xSs

Food Shortages in a Pandemic, Mondavi Institute, Savor Event May, 2020 https://rmi.ucdavis.edu/events/savor-food-shortages-pandemic

EXHIBIT A

21

Rural Community Economic Development, Getting Neighborhoods EQUIPPED symposium, invited speaker, UC San Diego, November 2019

Reading California's 400+ City General Plans with Natural Language Processing, invited speaker, Sacramento, California Air Resources Board and the Governor's Office of Planning and Research, October 2019

Food Deserts: Reviewing a Decade of Spatial Food Policy, invited speaker, Seminar series for the Institute for Global Nutrition Program in International and Community Nutrition. UC Davis, October 30, 2019

United Nations Day Celebration: Our Planet, Our future, invited speaker, United Nations Association of Sacramento, October 27, 2019

The Impact of Urban Fringe Developments on Agriculture, keynote speaker, French National Institute for Agricultural Research (INRA) Marseilles France. September 20-24, 2019, attendance: 80

Creating a Cooperative of Cooperatives, workshop organizer and speaker, World Food Center Symposium, UC Davis, September 13, 2019, attendance: 40

How Does Infrastructure Shape Equity and Well-being across the Urban-Rural Gradient?, invited speaker, National Science Foundation Sustainable Urban Systems Conference at Temple University, Philadelphia, September 11-12, 2019, attendance: 50

Power of Cooperative Supermarkets, invited speaker, Natural Food Politics Symposium, UC Davis, April 2019, attendance: 20

One Health and Planning, invited speaker, University of Pennsylvania, March 2019, attendance: 40

Land-use and Animal Health in China and the US, invited speaker, Veterinary School, University of California, Davis, February 2019, attendance: 50

Food and Economic Development in Davis, invited speaker, City of Davis, February 2019, attendance: 100

One Heath and Backyard Poultry, invited speaker Veterinary School, University of California, Davis, October, 2018, attendance: 120

EXHIBIT A

22

Local Economies Panel, invited speaker, University of California, Davis, October 2018, attendance: 15

Geography and Community Development Faculty-Student Research Showcase, invited speaker, University of California, Davis, September 2018, attendance: 15

The Small World of Local Food Systems, invited speaker, University of Reno Nevada, April 2018, attendance: 15

Sweden's Energy Transformation, University of California, Davis, April 2018, attendance: 15

Socioeconomic Indicators for the Delta, invited speaker, Delta Protection Commission, January 2018, attendance: 15

Rural Economic Development Indicators, Delta Protection Commission, November 2017, attendance: 10

Cities as Coral Reefs, invited speaker, University of California, Davis, Geography Graduate Group, November, 2016, attendance: 15

Food Deserts, guest lecturer, University of California, Davis, CRD 98 and Bill Lacy, September 2016, attendance: 130

District Heating in California, invited speaker, California Energy Commission and UC Center Sacramento (UCCS). October 2016, attendance: 70

Sweden's Energy Transformation and Environmental Justice, invited speaker, Royal Architecture School in Stockholm, July 2016, attendance: 26

Civilizations Built by Beasts, guest lecturer, Rutgers University, November 2015, attendance: 80

Animals and Food Supply in the Early American City, guest lecturer, Rutgers University, October 2014, attendance: 80

The Birth of Planning and the Regulation of Animals, guest lecturer, City and Metropolitan Food Systems course, City & Regional Planning, University of Pennsylvania, January 2014, attendance: 20

Fringe Benefits: Urban Morphology's Influence on Food Sale Patterns, Urban Research Institute, University of Pennsylvania, December 2013

A New Market: Curbside Produce Vending in West Philadelphia, Philadelphia Wholesale Produce Market, December 2013

A Model for Getting Fresh Produce to Low-Income Neighborhoods, Philadelphia Public Health Board, Philadelphia, PA, December 2013

EXHIBIT A

23

Sustainable Produce Vending in West Philadelphia, Geography and Public Health course, City & Regional Planning, University of Pennsylvania, January 2013

Farmland Amenities and Conservation Easements, Environmental Planning Course, City & Regional Planning, University of Pennsylvania, December 2012

Regulating Animals out of Philadelphia from 1600-present day, Philadelphia Society for the Promotion of Agriculture, Philadelphia, PA, November 2012

Introduction to Global Health, University of Pennsylvania, School of Veterinary Medicine, October 2012

Designing for Animals: Zoo Enclosures and Farmland Planning, University of Maryland, 2011 and 2009

Zoo Design across the World, keynote speaker, Swedish Aquaria and Zoo Association, 2006

## Teaching

2016-  Department of Human Ecology, University of California, Davis
**Community and Regional Development**
CRD 158: Community Governance, (2016-)
CRD 152: Community Development (2016-)
CRD 200: Health and Planning (2018-)
CRD 001: Introduction to Community Development (2021, 2025)
**Geography**
GEO 200BN: Geography Theory and Practice (2016)
**Study Abroad**
Sustainable Cities of Northern Europe (2018, 2019, 2025)

2015  Department of Environmental and Occupational Health Sciences, University of North Texas. Course Taught: "Global Food Security and Sustainability" online for Masters in Public Health program.

## Professional Leadership

2026-       University representative for the California American Planning Association, Sacramento Valley region

2026-8       American Collegiate Schools of Planning, John Friedmann Book Award Committee member for the 2026 and 2028 award cycles

16

EXHIBIT A

24

2025-2027    California Agricultural Land Equity Task Force (ALETF) member. Serving the Governor's Office of Land Use and Climate Innovation (LCI)

2026-    Vice Chair, City of Davis, Planning Commission.

2024-6    City of Davis, Planning Commissioner

2024    Guest editor with Drs. Xinyu Fu, Tom Sanchez, Chaosu Li and Andrew Crooks on "Leveraging Natural Language Processing for Urban Analytics" in *Environment and Planning B: Urban Analytics and City Science*

2024    Technical Advisory Board member for California's Fifth Climate Assessment, North Coast Region. This region has the largest representation from indigenous peoples and maintains important water resources for the state. The report emphasizes Traditional Ecological Knowledge—the cumulative body of knowledge, practices, and beliefs developed by Indigenous and local communities over generations through direct contact with their environment. This knowledge encompasses a deep understanding of the relationships between living beings (including humans) and their surroundings.

2023    Research Advisory Ad Hoc Committee member for Capitol Region California Jobs First (CJF) previously known as the Community Economic Resilience Fund (CERF), a statewide initiative led by the State of California that aims to encourage regions to develop inclusive economic development strategies that prioritize high-quality job creation in sustainable industries.
2024 Capital Region Economic Assessment Report: We Prosper Together

2022    Reviewer *Third Assessment Report on Climate Change and Cities* (ARC3.3), the Architecture, Urban Planning, and Design Element to be published by Cambridge University Press between 2022 to 2023

2021    Yolo County Workgroup to guide American Rescue Plan (ARP) $43 million in funding to respond to COVID-19 pandemic and to support economic recovery

2021    Consulting with Valley Vision and Sacramento Community Foundation to update the Sacramento Regional Food System Action Plan

2021-2    Sacramento Area Council of Governments (SACOG) Project Evaluation Process (PEP) Technical Working Group (TWG). Monthly meetings with cities, counties, Caltrans, and transit agencies to identify which transportation projects are the highest priority for the region

2019-2021    Guest Editor, *Journal of Planning Theory,* Special Issue on the impact of Dr. Garrett Hardin's 'Tragedy of the Commons'

2020    Santa Clara County food system plan and COVID response

EXHIBIT A
25

2019-        Project lead, building the first state-level General Plan database for California's 482 cities and 58 counties in partnership with the California American Planning Association, Governor's Office of Planning and Research, California Air Resources Board, and California Environmental Justice Alliance

2019        Project co-lead, Food and Economic Development (FED) for the City of Davis (2019) Mayor Brett Lee's Mayoral Initiative

2019-2020        Project lead, Health Impact Assessment on the Sacramento Region Urban Heat Island Effect in partnership with Sacramento regional non-profit Valley Vision

2018-2020        Project co-lead, California Rural Legal Assistance partnership on a Health Impact Assessment (HIA) to improve health equity through language justice in Kern County, California

2018-2019        co-leader, Sustainability Task Force focused on siting energy infrastructure in the City of Davis. Made recommendations to Opticos design team (co-lead, Chris Granger of Cool Davis, a local non-profit)

2017-2022        Advisory Committee member, Downtown Davis Planning Advisory Committee

2016-2018        co-PI, Delta Protection Commission Socioeconomic Indicators for the Delta (*in progress*). Delta Protection Commission, Sacramento, California

2014        Host Organizing Committee Member, Association for the Collegiate Schools of Planning (ACSP) in Philadelphia, PA.

2013-2015        Editor, Today's Veterinary Practice

2014        Initiator and Organizer, Philadelphia Animal Welfare Working Group, which convenes regional animal shelter executive directors and expert veterinarians to explore legislative initiatives and foster synergies with research

2011        Subject Expert, Food Agriculture Organization (FAO) of the United Nations Reviewed historic and current city ordinances to advise on animal agriculture regulations and food waste processing in low-income countries

2010        Advisor to the United Nations through the Institute for Urban Research on creating the Sustainable Cities platform. Participated in workshops in Nairobi, Kenya and Rio de Janiero, Brazil, planning conference calls, and authored a guiding white paper: http://sustainabledevelopment.un.org/index.php?menu=1510

18

EXHIBIT A

26

## Peer-Review:

Journal of Planning History; Land Use Policy; Journal of Planning, Education and Research; Health & Place; Urban Studies; Journal of Rural Studies; Journal of the American Planning Association; International Planning Studies; Planning Theory; Energy Policy; Preventing Chronic Disease; Food Policy; Geography Compass, Ecology and Society, Urban Affairs Review

## Grant Panel Reviewer:

National Institute of Food and Agriculture, USDA (2016); Formas: Swedish National Grant Agency (2019, 2021), National Science Foundation (2025)

## Academic Press:

Cornell, Springer

## University

| | |
|---|---|
| 2024-2027 | Committee member, College of Agriculture and Environmental Sciences Faculty Executive Committee |
| 2024- | UC Davis prestigious awards panel reviewer for Fulbright applications. |
| 2021-2024 | Director, Center for Regional Change |
| 2021 | Reviewer, 2021-22 Sustainable Agriculture & Food Systems Small Grants Program |
| 2021 | Search committee: Agritourism Coordinator, Agriculture and Natural Resources |
| 2021-3 | Steering committee, Russell Boulevard Site Plan, joint design effort between UC Davis and the City of Davis |
| 2020 | Organizing committee for Catalyzing Adaptive and Resilient Food Systems Workshop: https://climateadaptation.ucdavis.edu/catalyzing-adaptive-and-resilient-food-systems-workshop |
| 2017- | Faculty Member, University of California Global Health Institute's Planetary Health Center of Expertise |
| 2016- | Principal Investigator, Center for Regional Change |
| 2017-2020 | Steering Committee Member, World Food Center |
| 2016-2019 | Dean's Representative from College of Agriculture and Environmental Sciences, California Roundtable on Agriculture and Environment |

EXHIBIT A

27

2019          External tenure/promotion review

2018          Co-founder, Wild Energy Initiative of the John Muir Institute for the Environment

2016-17       Executive Committee Member, John Muir Institute for the Environment

2014          Conference Organizer, Waste: The Last Food Mile, University of Pennsylvania.

2013          Conference Organizer, Feeding Cities, partnership across six schools at the University of Pennsylvania, (www.feedingcities.com)

2007          Founder of One Health, a joint student club to foster dialog across all medical professional schools at the University of Pennsylvania, the first in the country.

## Department

2020          Closing the Opportunity Gaps Committee, CRD

2020          Human Ecology Curriculum Integration Committee

2019          Chair, Tenure Guidelines Committee, Community and Regional Development Unit

2018-2019     Inaugural Chair, Distinguished Speaker series for Human Ecology Department

2018-2019     Steering Committee member, joint colloquium between Human Ecology and Animal Science departments, UC Davis

2017-2018     Search Committee for two positions with appointments in Human Ecology and Animal Sciences

## Graduate Group

2025          Graduate Studies Internal Fellowship Review Committee member

2022          Chair, Community Development Graduate Group

2021-         Faculty mentor, Mentorships for Undergraduate Research in Agriculture, Letters, and Science (MURALS), a pre-graduate opportunity program designed to enrich the research experience of students situationally disadvantaged in their access to graduate school

2018-23       Executive Committee Member, Community Development Graduate Group

2017-         Member, Energy Graduate Group

EXHIBIT A

28

2017-          Member, Geography Graduate Group

2016-17        Faculty Mentor, Mellon Public Scholar Program

2016-17        Faculty Mentor, Graduate Students of Color


## Mentorship


### Post-doctoral mentor

2020-2023, Dr. Subhashni Raj, accepted a tenure track position at University of Hawaii in 2023


### Doctoral mentor

2025- Lia Poasa, Geography PhD, "Asian American and Pacific Islander Food Systems" (chair)

2024-, Yansong (Kavin) Li, PhD Geography, "Digital food apartheid" (committee)

2024-, Carisse Geronimo, PhD Energy, "Biodigesters and environmental justice" (QE chair)

2021-6, Emmanuel Momoh, PhD Geography "African Food Equity" (chair)

2024, Tara Pozzi, PhD Ecology "Collaboration and equity in climate adaptation in the Sacramento - San Joaquin Delta" (committee)

2018-2024, Alana Haynes Stein, PhD Sociology "Food Banks and the Homeless Population" (committee), Mellon Public Scholars mentee, accepted a tenure track position

2016-2023, Charlotte Glennie Roberts, PhD Sociology, "Urban Gardens" (committee), accepted a tenure-track position at Providence College

2018-2022, Sam Roodbar, PhD Geography, "Colonized from Within: Gut Microbiome" (chair), accepted a research position with the California Department of Health

2022, Meghan Klasic, PhD Geography, "Water Policy and Planning" (committee), co-lead on Sustainable Cities of northern Europe study abroad program (2019)

2019, Kate Munden-Dixon, PhD Geography, "Rangeland Management" (committee)

2018, Ty Beal, PhD Geography, "The Geography of Malnutrition" (committee)


### Masters mentor

2024- Sneha Shayal Chand, Masters in Public Health, "Public health communications and outreach"

2023-4, Alexandra Castra, Masters in Public Health, "Basic income and social worker burnout"

2023, Jermaine Ricketts, Geography Graduate Group, "Health Equity for LGBTQI Asylum Seekers"

2022, Lia Poasa, Masters Community Development, "Samoan Nutrition and Health" (chair)

2021, Summer Cortez, Community Development Graduate Group "Santa Clara Community Food Plan" (chair)

EXHIBIT A

29

2021, Andrew Leach, PhD Geography, "Distributed Energy" (chair)

2021, Tyler Jackson, PhD Geography, "Spatiality of Cooperatives" (committee)

2021, Sean Michael Ezenwugo, MPH, "Sickle Cell Disease Resources" (chair)

2021, Natalia Pinzon, Masters Geography, "Agroecology and the Social Sciences" (committee, chair: Mark Cooper)

2020, Grace Perry, Masters Community Development, "Davis Community Food System Plan" (chair)

2019, Madison Hoffacker, Energy Graduate Group, "The Trade-offs between Local-sourcing, Renewable Portfolios and Community-owned Energy Providers" (committee; chair: Rebecca Hernandez)

2019, Sasha Pesci, Masters Geography, "Tracing the Social Networks of California's Organic Agriculture Movement" (chair)

2019, Samir Noovy, Masters in Community Development, "Social Services for Afghani Immigrants in Sacramento" (committee, chair: Stephen Wheeler)

2018, Cameron Denney, Masters in Geography, "Hotspot Analysis of Wildlife Traffic Accidents" (committee)

2018, Frannie Einterz, Masters Community Development, "Culinary Education Programming in Food Banks" (committee)

2018, Jacqueline Scarlett Kingsley, Masters Community Development, "Cities and the Human-Animal Bond" (chair)


## Media Appearances

Brinkley's research has been covered with policy briefs, op-eds and interviews in venues such as *CityLab, National Public Radio,* and *the Sacramento Bee*.

National Public Radio January, 2019 https://www.capradio.org/articles/2019/01/29/california-lawmakers-vow-to-keep-electricity-affordable-as-pge-declares-bankruptcy/

The American Planning Association magazine *Planning* Jan 2019 issue. 'Research You Can Use: Reid Ewing considers rugosity.' https://www.planning.org/planning/2019/jan/

CityLab, March 2018 https://www.citylab.com/environment/2018/03/have-backyard-chickens-gone-too-free-range/556232/

*References available upon request.*

EXHIBIT A

30