# EXHIBIT B

**EXHIBIT B**
**SELECTED PUBLICATIONS**

1. Brinkley, C., Chrisinger, B., & Hillier, A. (2013). Tradition of Healthy Food Access in Low-Income Neighborhoods: Price and Variety of Curbside Produce Vending Compared to Conventional Retailers. *Journal of Agriculture, Food Systems, and Community Development*, 4(1), 155–169. doi:10.5304/jafscd.2013.041.011. PMCID: PMC4274600.

2. Francis, K., & Brinkley, C. (2020). Street Food Vending as a Public Health Intervention. *Californian Journal of Health Promotion*, 18(1). doi:10.32398/cjhp.v18i1.2450.

3. Francis, K., & Brinkley, C. (2021). Economic and Public-Health Benefits of Easing Restrictions on Street-Food Vending. UC Davis Policy Brief (Nov. 2021).

4. Glennie, C and Brinkley, C. (2025) "Street Food Justice" in *Food Justice,* Eds. Alkon, A. H., & Agyeman, J. (Eds.). MIT press.

5. Brinkley, C., Raj, S., & Horst, M. (2017). Culturing Food Deserts: Recognizing the Power of Community-Based Solutions. *Built Environment*, *43*(3), 328-342. https://doi.org/10.2148/benv.43.3.328

6. Horst, M; Raj, S.; Brinkley, C. (2016) "Getting Outside the Supermarket Box: Alternatives to "Food Deserts"" *Progressive Planning* (207).

EXHIBIT B
32