RITU MAHAJAN (SBN 252970)
  *rmahajan@publiccounsel.org*
MARK ROSENBAUM (SBN 59940)
  *mrosenbaum@publiccounsel.org*
AMANDA MANGASER SAVAGE (SBN 325996)
  *asavage@publiccounsel.org*
**PUBLIC COUNSEL**
610 South Ardmore Ave.
Los Angeles, CA 90005
Telephone: 213.385.2977

ARIANA E FULLER (SBN 301797)
  *afuller@kslaw.com*
JEANNE A. FUGATE (SBN 236341)
  *jfugate@kslaw.com*
**KING & SPALDING LLP**
633 West Fifth Street, Suite 1600
Los Angeles, CA 90071
Telephone: 213.443.4355

MATTHEW T. HEARTNEY (SBN 123516)
  *matthew.heartney@arnoldporter.com*
DANIEL SHIMELL (SBN 300931)
  *daniel.shimell@arnoldporter.com*
**ARNOLD & PORTER LLP**
777 South Figueroa Street, 44th Floor
Los Angeles, CA 90017-5844
Telephone: 213.243.4000

*Attorneys for Plaintiffs A.M., A.P., L.C., and
Inland Coalition for Immigrant Justice*

**UNITED STATES DISTRICT COURT FOR THE**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| A.M., A.P., L.C., and INLAND COALITION FOR IMMIGRANT JUSTICE,<br><br>        Plaintiffs,<br><br>    v.<br><br>CITY OF FONTANA and 4LEAF, INC.,<br><br>        Defendants. | Case No. 5:25-CV-2092-SSS-(SPx)<br><br>**PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF THEIR MOTION FOR PRELIMINARY INJUNCTION**<br><br>Date: July 31, 2026<br>Time: 2:00 p.m.<br>Courtroom:  2<br><br>Hon. Sunshine S. Sykes |

## **REQUEST FOR JUDICIAL NOTICE**

Plaintiffs A.M., A.P., L.C., and the Inland Coalition for Immigrant Justice (collectively "Plaintiffs") respectfully request that the Court take judicial notice of the following documents in connection with Plaintiffs' concurrently filed Motion for Preliminary Injunction:

**Exhibit A**, City of Fontana Ordinance No. 1789, adopted on February 12, 2019, a true and correct copy of which is attached to the Declaration of Ariana Fuller, filed concurrently herewith. Ordinance 1789 is publicly available through the City of Fontana's official online Code of Ordinances at the City of Fontana Municipal Code website.[1]

**Exhibit B**, City of Fontana Ordinance No. 1925, enacted in October 2023, a true and correct copy of which is attached to the Declaration of Ariana Fuller, filed concurrently herewith. Ordinance 1925 is publicly available through the City of Fontana's official online Code of Ordinances.[2]

**Exhibit C**, Stats.2018, c. 459 (S.B. 946), eff. Jan. 1, 2019, a true and correct copy of which is attached to the Declaration of Ariana Fuller, filed concurrently herewith. SB 946 is publicly available through the official California Legislative Information website.[3]

**Exhibit D**, Stats. 2022, ch. 489 (S.B. 972), § 4, effective January 1, 2023, a true and correct copy of which is attached to the Declaration of Ariana Fuller, filed concurrently herewith. SB 972 is publicly available through the official California Legislative Information website.[4]

**Exhibit E**, Professional Services Agreement, Contract No. BS-24-5-SP-1, between the City of Fontana and 4LEAF, Inc., dated November 14, 2023, a true and correct copy of which is attached to the Declaration of Ariana Fuller, filed concurrently herewith. Plaintiffs received this document from Laura Gutierrez, the Administrative Assistant at the Fontana City Council, on September 26, 2024 in response to a Public Records Act request.

---

[1] Available at https://library.municode.com/ca/fontana/ordinances/code_of_ordinances?nodeId=944172
[2] Available at https://library.municode.com/ca/fontana/ordinances/code_of_ordinances?nodeId=1254152
[3] Available at https://leginfo.legislature.ca.gov/faces/billTextClient.xhtml?bill_id=201720180SB946
[4] Available at https://leginfo.legislature.ca.gov/faces/billNavClient.xhtml?bill_id=202120220SB972

Pursuant to Federal Rule of Evidence 201, a court may judicially notice a fact that is not subject to reasonable dispute because (1) it is generally known within the trial court's territorial jurisdiction; or (2) can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned. Fed. R. Evid. 201(b). A court must take judicial notice if a party requests it and the court is supplied with the necessary information. Fed. R. Evid. 201(c)(2).

Exhibits A and B are official ordinances enacted by the City of Fontana and are proper subjects of judicial notice as municipal legislative enactments. Exhibits C and D are enacted California statutes. Courts routinely take judicial notice of legislative enactments, including state statutes and municipal ordinances. *See Insight Psychology & Addiction, Inc. v. City of Costa Mesa,* 801 F. Supp. 3d 942, 953 (C.D. Cal. 2025) ("Judicial notice may be taken of matters of public record, including legislative enactments and public records"); *Calop Bus. Sys., Inc. v. City of Los Angeles*, 984 F. Supp. 2d 981, 992 (C.D. Cal. 2013), *aff'd in part, appeal dismissed in part,* 614 F. App'x 867 (9th Cir. 2015) ("Under Rule 201, municipal ordinances are proper subjects of judicial notice because they are not subject to reasonable dispute"). Courts also take judicial notice of documents available on government agency websites and public records whose authenticity is not subject to reasonable dispute. *See Daniels-Hall v. Nat'l Educ. Ass'n*, 629 F.3d 992, 998 (9th Cir. 2010) (judicial notice of information "made publicly available by government entities" is appropriate where neither party disputes authenticity or accuracy).

Exhibit E is a public contract entered into by the City of Fontana, a government entity. *United States v. Boeing Co.*, 670 F. Supp. 3d 1185, 1188 (W.D. Wash. 2023) (taking judicial notice of a contract between NASA and a private entity "because it is a government record whose 'accuracy cannot reasonably be questioned'" citing Fed. R. Evid. 201(b)). Plaintiffs respectfully request that the Court take judicial notice of the existence and contents of these official public documents.

/ / /

/ / /

Dated: July 1, 2026                          Respectfully submitted,

**PUBLIC COUNSEL**                           **KING & SPALDING LLP**

By: */s/ Ritu Mahajan*                       By: _____
   Ritu Mahajan (SBN 252970)                    Ariana E. Fuller (SBN 301797)
   *rmahajan@publiccounsel.org*                 *afuller@kslaw.com*
   Mark Rosenbaum (SBN 59940)                    Arwen R. Johnson (SBN 247583)
   *mrosenbaum@publiccounsel.org*                *arwen.johnson@kslaw.com*
   Amanda Mangaser Savage (SBN                   Jeanne A. Fugate (SBN 236341)
   325996)                                       *jfugate@kslaw.com*
   *asavage@publiccounsel.org*                   633 West Fifth Street, Suite 1600
   Cassidy J. Bennett (SBN 347811)               Los Angeles, CA 90071
   *cbennett@publiccounsel.org*                  Telephone: 213.443.4355
   Elizabeth R. Brown (SBN 360601)
   *ebrown@publiccounsel.org*              **ARNOLD & PORTER LLP**
   Jacob Maddox (SBN 354368)
   *jmaddox@publiccounsel.org*             By: */s/ Matthew T. Heartney*
   Brittnee Bui (SBN 333372)                    Matthew T. Heartney (SBN 123516)
   *bbui@publiccounsel.org*                      *matthew.heartney@arnoldporter.com*
   610 South Ardmore Ave.                        Daniel Shimell (SBN 300931)
   Los Angeles, CA 90005                         *daniel.shimell@arnoldporter.com*
   Telephone: 213.385.2977                       Kathryn Campbell (SBN 350536)
                                                 *katie.campbell@arnoldporter.com*
                                                 Dania Qahoush (SBN 335202)
                                                 *dania.qahoush@arnoldporter.com*
                                                 777 South Figueroa Street, 44th Floor
                                                 Los Angeles, CA 90017-5844
                                                 Telephone: 213.243.4000

## SIGNATURE ATTESTATION

Pursuant to L.R. 5-4.3.4(a)(2)(i), the undersigned, counsel of record for Plaintiffs, hereby attests that all other signatories listed, on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated:        July 1, 2026

By: _____
   ARIANA E. FULLER