Stephen G. Larson (SBN 145225)
*slarson@larsonllp.com*
Jonathan E. Phillips (SBN 233965)
*jphillips@larsonllp.com*
Jonathan Gershon (SBN 306979)
*jgershon@larsonllp.com*
**LARSON LLP**
555 South Flower Street, 30th Floor
Los Angeles, California 90071
Telephone:(213) 436-4888
Facsimile: (213) 623-2000

Attorneys for Defendant CITY OF FONTANA

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.M., A.P., L.C., and INLAND COALITION FOR IMMIGRANT JUSTICE,<br><br>       Plaintiffs,<br><br>   vs.<br><br>CITY OF FONTANA and 4LEAF, INC.<br><br>       Defendants. | Case No. 5:25-cv-2092-SSS-SP<br><br>Assigned to: Hon. Sunshine S. Sykes<br>Magistrate Judge:  Hon. Sheri Pym<br><br>**DEFENDANT CITY OF FONTANA'S NOTICE OF REQUEST TO CROSS-EXAMINE DECLARANTS**<br><br>Date:    July 31, 2026<br>Time:   2:00 p.m.<br>Crtrm.: 2 |

LARSON
LOS ANGELES

DEFENDANT CITY OF FONTANA'S NOTICE OF REQUEST TO CROSS-EXAMINE DECLARANTS

**TO THE COURT AND ALL PARTIES:**

Pursuant to Local Rule 7-8, Defendant City of Fontana hereby requests that Plaintiffs make available at the hearing on their Motion for Preliminary Injunction, currently set for July 31, 2026, at 2:00 p.m., the following declarants for cross-examination:

- María Elena Durazo - a non-party;
- Catherine Brinkley, VMD, PhD - a non-party;
- Javier Hernandez - purported to be the Executive Director of a plaintiff in this action;
- A.M. - a plaintiff in this action; and
- A.P. -  a plaintiff in this action

Dated:  July 17, 2026              LARSON LLP


                                  By:      /s/ Stephen G. Larson
                                          Stephen G. Larson
                                          Jonathan E. Phillips
                                          Jonathan Gershon
                                  Attorneys for Defendant CITY OF FONTANA

LARSON
LOS ANGELES

DEFENDANT CITY OF FONTANA'S NOTICE OF REQUEST TO CROSS-EXAMINE DECLARANTS