RITU MAHAJAN (SBN 252970)
 *rmahajan@publiccounsel.org*
MARK ROSENBAUM (SBN 59940)
 *mrosenbaum@publiccounsel.org*
AMANDA MANGASER SAVAGE (SBN 325996)
 *asavage@publiccounsel.org*
**PUBLIC COUNSEL**
610 South Ardmore Ave.
Los Angeles, CA 90005
Telephone: 213.385.2977

MATTHEW T. HEARTNEY (SBN 123516)
 *matthew.heartney@arnoldporter.com*
DANIEL SHIMELL (SBN 300931)
 *daniel.shimell@arnoldporter.com*
**ARNOLD & PORTER LLP**
777 South Figueroa Street, 44th Floor
Los Angeles, CA 90017-5844
Telephone: 213.243.4000

ARIANA E. FULLER (SBN 301797)
 *afuller@kslaw.com*
JEANNE A. FUGATE (SBN 236341)
 *jfugate@kslaw.com*
**KING & SPALDING LLP**
633 West Fifth Street, Suite 1600
Los Angeles, CA 90071
Telephone: 213.443.4355

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.M., A.P., L.C., and INLAND COALITION FOR IMMIGRANT JUSTICE, <br><br> Plaintiff, <br><br> vs. <br><br> CITY OF FONTANA and 4LEAF, INC. <br><br> Defendants. | Case No. 5:25-cv-2092-SSS-SPx <br><br> Assigned to: Hon. Sunshine S. Sykes <br> Magistrate Judge: Hon. Sheri Pym <br><br> **[PROPOSED] ORDER GRANTING JOINT STIPULATION TO REQUEST IN-PERSON APPEARANCES** <br><br> [*Filed concurrently with Stipulation*] |

ORDER GRANTING JOINT STIPULATION

Pursuant to the Parties' Joint Stipulation to Request In-Person Appearances (the "Stipulation") and good cause appearing therefore, IT IS ORDERED THAT the August 14, 2026 hearing on the Preliminary Injunction Motion and Motions to Dismiss shall be conducted in person with all counsel to attend in person.

IT IS SO ORDERED.

DATED: ___July 29, 2026___

_____
Hon. Sunshine S. Sykes
U.S. District Judge

2
ORDER GRANTING JOINT STIPULATION