UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—
GENERAL

| Case No. | 5:25-cv-02092-SSS-SPx | Date | August 12, 2026 |
|---|---|---|---|
| Title | *A.M., et al. v. City of Fontana, et al.* | | |

Present: The Honorable    SUNSHINE S. SYKES, UNITED STATES DISTRICT JUDGE

| Irene Vazquez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:** **(IN CHAMBERS) ORDER CONTINUING HEARING FOR MOTIONS SET FOR AUGUST 14, 2026, TO SEPTEMBER 11, 2026 [DKT. NOS. 90, 91, 96]**

On August 11, 2026, Defendant City of Fontana notified the Court of the Ninth Circuit's *en banc* opinion in *Arizona Alliance for Retired Americans v. Mayes*, No. 22-16490, 2026 WL 2277101 (9th Cir. Aug. 7, 2026), which it claims relevant to the issue of organizational standing. [Dkt. No. 124, Notice at 2].

The parties are ordered to file supplemental briefing discussing the impact of this opinion on Plaintiff's Inland Coalition for Immigrant Justice's organizational standing. Plaintiffs' supplemental brief is due by August 28, 2026, and Defendants' brief is due by September 4, 2026. The hearing for the three motions set for August 14, 2026, [Dkt. Nos. 90, 91, 96], are continued to September 11, 2026, at 2:00 p.m.

**IT IS SO ORDERED.**